# Exhibit 1

**Int. Cls.: 14, 18, 25 and 26**

**Prior U.S. Cls.: 3, 28, 39 and 40**

**Reg. No. 1,665,791**

# United States Patent and Trademark Office

**Registered Nov. 26, 1991**

## TRADEMARK
## PRINCIPAL REGISTER

## CHROME HEARTS

CHROME HEARTS, INC. (CALIFORNIA CORPORATION)
303 EAST FOURTH STREET
LOS ANGELES, CA 90013

FOR: JEWELRY, BELT BUCKLES MADE OF PRECIOUS METAL, KEY RINGS MADE OF PRECIOUS METAL, CUFFLINKS, TIE FASTENERS MADE OF PRECIOUS METAL, BROOCHES, NECKLACES AND EARRINGS , IN CLASS 14 (U.S. CL. 28).

FIRST USE 7-27-1989; IN COMMERCE 11-22-1989.

FOR: GARMENT BAGS FOR TRAVEL, TOTE BAGS, SHOULDER BAGS, PURSES AND LUGGAGE, IN CLASS 18 (U.S. CL. 3).

FIRST USE 11-9-1989; IN COMMERCE 11-16-1989.

FOR: CLOTHING; NAMELY, SHIRTS, TROUSERS, JACKETS, VESTS, CHAPS, MEN'S AND WOMEN'S UNDERWEAR, COATS, CLOTHING BELTS, GLOVES AND BOOTS, IN CLASS 25 (U.S. CL. 39).

FIRST USE 4-19-1989; IN COMMERCE 11-9-1989.

FOR: BELT BUCKLES NOT OF PRECIOUS METAL AND TIE FASTENERS NOT OF PRECIOUS METAL, IN CLASS 26 (U.S. CL. 40).

FIRST USE 7-27-1989; IN COMMERCE 11-22-1989.

SER. NO. 74-106,186, FILED 10-15-1990.

CHRISIE BRIGHTMIRE, EXAMINING ATTORNEY

**Int. Cl.: 42**

**Prior U.S. Cls.: 100 and 101**

**Reg. No. 2,192,539**

# United States Patent and Trademark Office

**Registered Sep. 29, 1998**

## SERVICE MARK
## PRINCIPAL REGISTER

## CHROME HEARTS

CHROME HEARTS, INC. (CALIFORNIA CORPORATION)
937 N. CITRUS AVENUE
HOLLYWOOD, CA 90038

FOR: RETAIL STORE SERVICES IN THE FIELD OF GENERAL MERCHANDISE, IN CLASS 42 (U.S. CLS. 100 AND 101).

FIRST USE 5-6-1996; IN COMMERCE 5-6-1996.

OWNER OF U.S. REG. NO. 1,665,791.

SN 75-069,748, FILED 3-8-1996.

JULIA HARDY COFIELD, EXAMINING ATTORNEY

# United States of America

## United States Patent and Trademark Office

# CHROME HEARTS

**Reg. No. 5,186,592**

**Registered Apr. 18, 2017**

**Int. Cl.: 9**

**Trademark**

**Principal Register**

Chrome Hearts LLC (DELAWARE LIMITED LIABILITY COMPANY)
915 N. Mansfield
Hollywood, CA 90038

CLASS 9: Eyewear, namely, eyeglasses, sunglasses, their parts and cases; Phone accessories, namely, phone straps, pouches specially adapted for holding phones, phone cases, charms for phones, tablet cases and laptop cases; Pre-recorded CDs and DVDs in the field of music

FIRST USE 12-1-1999; IN COMMERCE 12-1-1999

The mark consists of the words "CHROME HEARTS" in Old English letters.

OWNER OF U.S. REG. NO. 2538565, 4648016, 2350742

SER. NO. 87-206,662, FILED 10-18-2016
NORA BUCHANAN WILL, EXAMINING ATTORNEY

UNITED STATES PATENT AND TRADEMARK OFFICE
DEPARTMENT OF COMMERCE

Michelle K. Lee

Director of the United States
Patent and Trademark Office

# United States of America

## United States Patent and Trademark Office

# CHROME HEARTS

**Reg. No. 5,186,676**

**Registered Apr. 18, 2017**

**Int. Cl.: 21**

**Trademark**

**Principal Register**

Chrome Hearts LLC (DELAWARE LIMITED LIABILITY COMPANY)
915 N. Mansfield
Hollywood, CA 90038

CLASS 21: Incense holders in the nature of incense burners

FIRST USE 4-2-2016; IN COMMERCE 4-2-2016

The mark consists of the words "Chrome Hearts" in Old English.

OWNER OF U.S. REG. NO. 4510061, 4501511

SER. NO. 87-262,453, FILED 12-08-2016
NORA BUCHANAN WILL, EXAMINING ATTORNEY

Michelle K. Lee

Director of the United States
Patent and Trademark Office

# United States of America

## United States Patent and Trademark Office

CHROME HEARTS

**Reg. No. 4,501,511**

**Registered Mar. 25, 2014**

**Int. Cl.: 35**

**SERVICE MARK**

**PRINCIPAL REGISTER**

CHROME HEARTS LLC (DELAWARE LIMITED LIABILITY COMPANY)
915 N. MANSFIELD
HOLLYWOOD, CA 90038

FOR: RETAIL STORE SERVICES IN THE FIELDS OF GENERAL MERCHANDISE, NAMELY, CLOTHING, JEWELRY, HANDBAGS, EYEWEAR, TOYS, FURNITURE AND HOUSEHOLD PRODUCTS, IN CLASS 35 (U.S. CLS. 100, 101 AND 102).

FIRST USE 1-5-1995; IN COMMERCE 1-5-1995.

OWNER OF U.S. REG. NOS. 2,307,126, 3,061,598 AND OTHERS.

THE MARK CONSISTS OF A STYLIZED STAR DESIGN MARK FOLLOWED BY THE WORDS "CHROME HEARTS" AND ANOTHER STYLIZED STAR DESIGN AT THE END OF THE WORD.

SER. NO. 86-037,094, FILED 8-13-2013.

GIANCARLO CASTRO, EXAMINING ATTORNEY

UNITED STATES PATENT AND TRADEMARK OFFICE
DEPARTMENT OF COMMERCE

Michelle K. Lee

**Deputy Director of the United States Patent and Trademark Office**

# United States of America

## United States Patent and Trademark Office

# CHROME HEARTS

**Reg. No. 4,510,061**

**Registered Apr. 8, 2014**

**Int. Cl.: 14**

**TRADEMARK**

**PRINCIPAL REGISTER**

CHROME HEARTS LLC (DELAWARE LIMITED LIABILITY COMPANY)
915 N. MANSFIELD
HOLLYWOOD, CA 90038

FOR: JEWELRY, NAMELY, EARRINGS, RINGS, BRACELETS, CUFF BRACELETS, NECKLACES, PENDANTS, BROOCHES, CUFF LINKS, TIE FASTENERS AND WATCH BRACELETS, KEY RINGS OF PRECIOUS METALS , IN CLASS 14 (U.S. CLS. 2, 27, 28 AND 50).

FIRST USE 1-2-1989; IN COMMERCE 1-2-1989.

OWNER OF U.S. REG. NOS. 2,216,570, 2,307,126 AND OTHERS.

THE MARK CONSISTS OF THE WORDS "CHROME HEARTS" WITH TWO STYLIZED CROSS DESIGNS ENCASING THE WORD MARK.

SER. NO. 86-026,699, FILED 8-1-2013.

GIANCARLO CASTRO, EXAMINING ATTORNEY

Michelle K. Lee

**Deputy Director of the United States Patent and Trademark Office**

**Int. Cls.: 18 and 25**

**Prior U.S. Cls.: 1, 2, 3, 22, 39 and 41**

**Reg. No. 2,118,026**

**United States Patent and Trademark Office** **Registered Dec. 2, 1997**

## TRADEMARK
## PRINCIPAL REGISTER

CHROME HEARTS, INC. (CALIFORNIA CORPORATION)
937 N. CITRUS AVENUE
HOLLYWOOD, CA 90038

FOR: LEATHER BAGS, NAMELY, HANDBAGS, BACK PACKS, TOTE BAGS, SHOULDER BAGS, WALLETS AND LUGGAGE, IN CLASS 18 (U.S. CLS. 1, 2, 3, 22 AND 41).

FIRST USE 4-0-1989; IN COMMERCE 4-0-1989.

FOR: MEN'S AND WOMEN'S CLOTHING, NAMELY, PANTS, SHIRTS, TEE SHIRTS, SWEATERS, JACKETS, VESTS, CHAPS, SKIRTS, BELTS, UNDERWEAR, GLOVES, SHOES AND BOOTS, IN CLASS 25 (U.S. CLS. 22 AND 39).

FIRST USE 4-0-1989; IN COMMERCE 4-0-1989.

OWNER OF U.S. REG. NO. 1,665,791.

SER. NO. 75-216,124, FILED 12-20-1996.

ROBERT C. CLARK JR., EXAMINING ATTORNEY

**Int. Cl.: 14**

**Prior U.S. Cls.: 2, 27, 28 and 50**

**Reg. No. 2,216,570**

## United States Patent and Trademark Office

**Registered Jan. 5, 1999**

### TRADEMARK
### PRINCIPAL REGISTER

CHROME HEARTS, INC. (CALIFORNIA CORPORATION)
937 N. CITRUS AVENUE
HOLLYWOOD, CA 90038

FOR: JEWELRY MADE WHOLLY OR IN PART OF PRECIOUS METAL; NAMELY, RINGS, EARRINGS, NECKLACES, BRACELETS, CUFF LINKS, KEY RINGS, BELT BUCKLES, WATCHES AND TIE FASTENERS, IN CLASS 14 (U.S. CLS. 2, 27, 28 AND 50).

FIRST USE 4-0-1989; IN COMMERCE 4-0-1989.

OWNER OF U.S. REG. NOS. 1,665,791 AND 2,118,026.

SER. NO. 75-476,249, FILED 4-29-1998.

CARYN HINES, EXAMINING ATTORNEY

**Int. Cl.: 9**

**Prior U.S. Cls.: 21, 23, 26, 36, and 38**

**Reg. No. 2,350,742**

**United States Patent and Trademark Office** **Registered May 16, 2000**

## TRADEMARK
## PRINCIPAL REGISTER

CHROME HEARTS, INC. (CALIFORNIA CORPORATION)
937 N. CITRUS AVENUE
HOLLYWOOD, CA 90038

FOR: EYEWEAR; NAMELY, EYEGLASSES, SUNGLASSES AND THEIR CASES, IN CLASS 9 (U.S. CLS. 21, 23, 26, 36 AND 38).

FIRST USE 12-0-1999; IN COMMERCE 12-0-1999.

SN 75-476,248, FILED 4-29-1998.

ANGELA M. MICHELI, EXAMINING ATTORNEY

**Int. Cl.: 35**

**Prior U.S. Cls.: 100, 101 and 102**

**Reg. No. 3,061,598**

**United States Patent and Trademark Office** **Registered Feb. 28, 2006**

## SERVICE MARK
### PRINCIPAL REGISTER

CHROME HEARTS, LLC (DELAWARE LTD LIAB CO)
915 N. MANSFIELD
HOLLYWOOD, CA 90038

FOR: RETAIL STORE SERVICES IN THE FIELD OF GENERAL MERCHANDISE, IN CLASS 35 (U.S. CLS. 100, 101 AND 102).

FIRST USE 5-6-1996; IN COMMERCE 5-6-1996.

OWNER OF U.S. REG. NO. 2,192,539 AND OTHERS.

SER. NO. 76-578,834, FILED 3-3-2004.

VERNA BETH RIRIE, EXAMINING ATTORNEY

# United States of America

## United States Patent and Trademark Office

CHROME HEARTS

**Reg. No. 4,658,582**

**Registered Dec. 23, 2014**

**Int. Cl.: 9**

**TRADEMARK**

**PRINCIPAL REGISTER**

CHROME HEARTS LLC (DELAWARE LIMITED LIABILITY COMPANY)
915 N. MANSFIELD
HOLLYWOOD, CA 90038

FOR: PHONE ACCESSORIES, NAMELY, PHONE STRAPS, POUCHES SPECIALLY ADAPTED FOR HOLDING PHONES, PHONE CASES, CHARMS FOR PHONES, TABLET CASES AND LAPTOP CASES, IN CLASS 9 (U.S. CLS. 21, 23, 26, 36 AND 38).

FIRST USE 1-2-1990; IN COMMERCE 1-2-1990.

OWNER OF U.S. REG. NOS. 2,350,742, 3,696,261 AND OTHERS.

THE MARK CONSISTS OF THE WORDS "CHROME HEARTS" IN A BANNER DESIGN.

SER. NO. 86-147,188, FILED 12-18-2013.

LAURIE KAUFMAN, EXAMINING ATTORNEY

UNITED STATES PATENT AND TRADEMARK OFFICE
DEPARTMENT OF COMMERCE

Michelle K. Lee

**Deputy Director of the United States Patent and Trademark Office**

**Int. Cl.: 18**

**Prior U.S. Cls.: 1, 2, 3, 22 and 41**

**Reg. No. 3,657,370**

**United States Patent and Trademark Office** **Registered July 21, 2009**

## TRADEMARK
### PRINCIPAL REGISTER



CHROME HEARTS LLC (DELAWARE LIMITED LIABILITY COMPANY)
915 N. MANSFIELD
HOLLYWOOD, CA 90037

FOR: BAGS, NAMELY, HANDBAGS, SHOULDER BAGS, BACK PACKS, TOTE BAGS, WALLETS, GARMENT BAGS AND LUGGAGE, IN CLASS 18 (U.S. CLS. 1, 2, 3, 22 AND 41).

FIRST USE 1-4-1989; IN COMMERCE 1-4-1989.

OWNER OF U.S. REG. NO. 3,546,039.

THE MARK CONSISTS OF A BANNER DESIGN.

SER. NO. 77-644,235, FILED 1-6-2009.

ANNE MADDEN, EXAMINING ATTORNEY

**Int. Cl.: 25**

**Prior U.S. Cls.: 22 and 39**

**Reg. No. 2,216,575**

**United States Patent and Trademark Office** **Registered Jan. 5, 1999**

## TRADEMARK
### PRINCIPAL REGISTER

CHROME HEARTS, INC. (CALIFORNIA CORPORATION)
937 N. CITRUS AVENUE
HOLLYWOOD, CA 90038

FOR: CLOTHING; NAMELY, TEE SHIRTS, SHIRTS, TANK TOPS, PANTS, CHAPS JEANS, SWEATERS AND JACKETS, IN CLASS 25 (U.S. CLS. 22 AND 39).

FIRST USE 4-0-1989; IN COMMERCE 4-0-1989.

OWNER OF U.S. REG. NOS. 1,665,791 AND 2,118,026.

SER. NO. 75-490,651, FILED 5-26-1998.

CARYN HINES, EXAMINING ATTORNEY

**Int. Cl.: 14**

**Prior U.S. Cls.: 2, 27, 28 and 50**

**Reg. No. 2,307,126**

**United States Patent and Trademark Office** **Registered Jan. 11, 2000**

**TRADEMARK**
**PRINCIPAL REGISTER**

CHROME HEARTS, INC. (CALIFORNIA CORPORATION)
937 N. CITRUS AVENUE
HOLLYWOOD, CA 90038

FOR: JEWELRY MADE WHOLLY OR IN PART OF PRECIOUS METAL, NAMELY, RINGS, EARRINGS, NECKLACES, BRACELETS, CUFF LINKS, KEY RINGS, BELT BUCKLES, WATCHES AND TIE FASTENERS, IN CLASS 14 (U.S. CLS. 2, 27, 28 AND 50).

FIRST USE 4-0-1989; IN COMMERCE 4-0-1989.

OWNER OF U.S. REG. NO. 1,665,791.

SER. NO. 75-490,650, FILED 5-26-1998.

JASON TURNER, EXAMINING ATTORNEY

**Int. Cl.: 18**

**Prior U.S. Cls.: 1, 2, 3, 22 and 41**

**Reg. No. 2,375,507**

## United States Patent and Trademark Office

**Registered Aug. 8, 2000**

### TRADEMARK
### PRINCIPAL REGISTER

CHROME HEARTS, INC. (CALIFORNIA CORPORATION)
937 NORTH CITRUS AVENUE
HOLLYWOOD, CA 90038

FOR: BAGS; NAMELY, HANDBAGS, SHOULDER BAGS, BACK PACKS, TOTE BAGS, WALLETS AND LUGGAGE, IN CLASS 18 (U.S. CLS. 1, 2, 3, 22 AND 41).

FIRST USE 4-0-1989; IN COMMERCE 4-0-1989.

OWNER OF U.S. REG. NOS. 2,118,026 AND 2,216,575.

SER. NO. 75-836,230, FILED 10-29-1999.

GEORGE LORENZO, EXAMINING ATTORNEY

**Int. Cl.: 25**

**Prior U.S. Cls.: 22 and 39**

**Reg. No. 2,408,082**

**United States Patent and Trademark Office** **Registered Nov. 28, 2000**

## TRADEMARK
### PRINCIPAL REGISTER

CHROME HEARTS, INC. (CALIFORNIA CORPORATION)
937 N. CITRUS AVENUE
HOLLYWOOD, CA 90038

FOR: MEN'S AND WOMEN'S CLOTHING; NAMELY, JEANS, LEATHER PANTS, SKIRTS, JACKETS, CHAPS, SWEATERS, VESTS, TEE-SHIRTS AND SHIRTS, IN CLASS 25 (U.S. CLS. 22 AND 39).

FIRST USE 3-0-1996; IN COMMERCE 3-0-1996.

OWNER OF U.S. REG. NOS. 1,665,791, 2,216,575 AND OTHERS.

THE MARK IS COMPRISED OF A HORSESHOE AND FLOWER DESIGN AND THE WORDING "CHROME HEARTS".

SER. NO. 75-725,700, FILED 6-7-1999.

SKYE YOUNG, EXAMINING ATTORNEY

**Int. Cl.: 9**

**Prior U.S. Cls.: 21, 23, 26, 36, and 38**

**Reg. No. 2,538,565**
**Registered Feb. 12, 2002**

**United States Patent and Trademark Office**

## TRADEMARK
## PRINCIPAL REGISTER

CHROME HEARTS, INC. (CALIFORNIA CORPORATION)
937 NORTH CITRUS AVENUE
HOLLYWOOD, CA 90038

FOR: EYEWEAR; NAMELY, EYEGLASSES, SUNGLASSES, EYEGLASS CASES AND SUNGLASS CASES, IN CLASS 9 (U.S. CLS. 21, 23, 26, 36 AND 38).

FIRST USE 12-0-1999; IN COMMERCE 12-0-1999.

THE MARK IS COMPRISED OF A HORSESHOE AND FLOWER DESIGN AND THE WORDING '"CHROME HEARTS".

SN 75-836,232, FILED 10-29-1999.

SKYE YOUNG, EXAMINING ATTORNEY

# United States of America

## United States Patent and Trademark Office

**Reg. No. 4,504,948**

**Registered Apr. 1, 2014**

**Int. Cl.: 14**

**TRADEMARK**

**PRINCIPAL REGISTER**

CHROME HEARTS LLC (DELAWARE LIMITED LIABILITY COMPANY)
915 N. MANSFIELD
HOLLYWOOD, CA 90038

FOR: JEWELRY, NAMELY, RINGS, EARRINGS, NECKLACES, BRACELETS, CUFF BRACELETS, PENDANTS, BROOCHES, CUFF LINKS, TIE FASTENERS, KEY RINGS MADE OF PRECIOUS METALS AND WATCH BRACELETS, IN CLASS 14 (U.S. CLS. 2, 27, 28 AND 50).

FIRST USE 1-2-1989; IN COMMERCE 1-2-1989.

OWNER OF U.S. REG. NOS. 2,216,570, 2,307,126 AND OTHERS.

THE MARK CONSISTS OF THE DESIGN OF A HORSESHOE WITH THE WORDS "CHROME HEARTS" IN THE HORSESHOE AND A STYLIZED CROSS DESIGN INSIDE THE HORSE-SHOE.

SER. NO. 86-026,755, FILED 8-1-2013.

GIANCARLO CASTRO, EXAMINING ATTORNEY

Michelle K. Lee

**Deputy Director of the United States Patent and Trademark Office**

# United States of America

## United States Patent and Trademark Office

**Reg. No. 4,648,016**

**Registered Dec. 2, 2014**

**Int. Cl.: 9**

**TRADEMARK**

**PRINCIPAL REGISTER**

CHROME HEARTS LLC (DELAWARE LIMITED LIABILITY COMPANY)
915 N. MANSFIELD
HOLLYWOOD, CA 90038

FOR: PHONE ACCESSORIES, NAMELY, PHONE STRAPS, POUCHES SPECIALLY ADAPTED FOR HOLDING PHONES, PHONE CASES, CHARMS FOR PHONES, TABLET CASES AND LAPTOP CASES, IN CLASS 9 (U.S. CLS. 21, 23, 26, 36 AND 38).

FIRST USE 1-2-1990; IN COMMERCE 1-2-1990.

OWNER OF U.S. REG. NOS. 2,192,539, 3,399,056 AND OTHERS.

THE MARK CONSISTS OF THE DESIGN OF A HORSESHOE WITH THE WORDS "CHROME HEARTS" IN THE HORSESHOE AND A STYLIZED CROSS DESIGN INSIDE THE HORSE-SHOE.

SER. NO. 86-147,209, FILED 12-18-2013.

LAURIE KAUFMAN, EXAMINING ATTORNEY

UNITED STATES PATENT AND TRADEMARK OFFICE
DEPARTMENT OF COMMERCE

Michelle K. Lee

**Deputy Director of the United States Patent and Trademark Office**

**Int. Cl.: 18**

**Prior U.S. Cls.: 1, 2, 3, 22 and 41**

**Reg. No. 3,657,375**

**United States Patent and Trademark Office** **Registered July 21, 2009**

# TRADEMARK
## PRINCIPAL REGISTER



CHROME HEARTS LLC (DELAWARE LIMITED LIABILITY COMPANY)
915 N. MANSFIELD
HOLLYWOOD, CA 90037

FOR: BAGS, NAMELY, HANDBAGS, SHOULDER BAGS, BACK PACKS, TOTE BAGS, WALLETS, GARMENT BAGS AND LUGGAGE, IN CLASS 18 (U.S. CLS. 1, 2, 3, 22 AND 41).

FIRST USE 1-4-1989; IN COMMERCE 1-4-1989.

OWNER OF U.S. REG. NOS. 2,307,126, 3,542,742 AND OTHERS.

THE MARK CONSISTS OF A HORSESHOE DESIGN ENCIRCLING A PLUS DESIGN.

SER. NO. 77-644,305, FILED 1-6-2009.

ANNE MADDEN, EXAMINING ATTORNEY

**Int. Cl.: 14**

**Prior U.S. Cls.: 2, 27, 28 and 50**

**Reg. No. 2,954,539**

**United States Patent and Trademark Office** **Registered May 24, 2005**

## TRADEMARK
### PRINCIPAL REGISTER

CHROME HEARTS, INC. (CALIFORNIA CORPORATION)
915 N. MANSFIELD
HOLLYWOOD, CA 90038

FOR: JEWELRY, NAMELY, BRACELETS, NECKLACES, RINGS, EARRINGS, PENDANTS, CUFF LINKS AND WATCH BRACELETS, IN CLASS 14 (U.S. CLS. 2, 27, 28 AND 50).

FIRST USE 1-0-1992; IN COMMERCE 1-0-1992.

SER. NO. 76-590,713, FILED 5-6-2004.

TANYA AMOS, EXAMINING ATTORNEY

# United States of America
## United States Patent and Trademark Office

**Reg. No. 3,770,379** CHROME HEARTS LLC (DELAWARE LIMITED LIABILITY COMPANY)
Registered Apr. 6, 2010 915 N. MANSFIELD
HOLLYWOOD, CA 90038

**Int. Cl.: 9** FOR: EYEWEAR, NAMELY, EYEGLASSES, SUNGLASSES, EYEGLASS CASES AND SUNGLASS CASES, IN CLASS 9 (U.S. CLS. 21, 23, 26, 36 AND 38).

TRADEMARK
PRINCIPAL REGISTER

FIRST USE 12-28-1999; IN COMMERCE 12-28-1999.

OWNER OF U.S. REG. NO. 2,954,539.

THE MARK CONSISTS OF THE STYLIZED LETTERS "CH" .

SER. NO. 77-758,028, FILED 6-12-2009.

KHANH LE, EXAMINING ATTORNEY

David J. Kappos

Director of the United States Patent and Trademark Office

# United States of America

## United States Patent and Trademark Office

CH

**Reg. No. 3,877,137**

**Registered Nov. 16, 2010**

**Int. Cl.: 25**

**TRADEMARK**

**PRINCIPAL REGISTER**

CHROME HEARTS LLC (DELAWARE LIMITED LIABILITY COMPANY)
915 N. MANSFIELD
HOLLYWOOD, CA 90038

FOR: CLOTHING, NAMELY, TEE SHIRTS, SHIRTS, TANK TOPS, SWEATERS, SWEAT SHIRTS, SWEAT PANTS, JEANS, LEATHER PANTS, COATS, JACKETS, HATS, SOCKS, UNDERWEAR AND FOOTWEAR, IN CLASS 25 (U.S. CLS. 22 AND 39).

FIRST USE 1-3-1989; IN COMMERCE 1-3-1989.

OWNER OF U.S. REG. NOS. 3,661,306 AND 3,770,379.

THE MARK CONSISTS OF TWO FANCIFUL CROSS DESIGNS AND THE STYLIZED LETTERS "C" AND "H".

SER. NO. 85-057,694, FILED 6-8-2010.

KELLY CHOE, EXAMINING ATTORNEY

UNITED STATES PATENT AND TRADEMARK OFFICE · DEPARTMENT OF COMMERCE

David J. Kappos

Director of the United States Patent and Trademark Office

# United States of America

## United States Patent and Trademark Office

**Reg. No. 3,937,133**

**Registered Mar. 29, 2011**

**Int. Cl.: 14**

**TRADEMARK**

**PRINCIPAL REGISTER**

CHROME HEARTS LLC (DELAWARE LIMITED LIABILITY COMPANY)
915 N. MANSFIELD
HOLLYWOOD, CA 90038

FOR: JEWELRY, NAMELY, RINGS, EARRINGS, NECKLACES, BRACELETS, PENDANTS, CUFF LINKS, DOG TAGS FOR WEAR BY HUMANS FOR DECORATIVE PURPOSES AND WATCH BRACELETS, IN CLASS 14 (U.S. CLS. 2, 27, 28 AND 50).

FIRST USE 1-3-1989; IN COMMERCE 1-3-1989.

OWNER OF U.S. REG. NOS. 2,954,539, 3,770,379 AND OTHERS.

THE MARK CONSISTS OF THE LETTERS "CH" IN STYLIZED FONT AND TWO FANCIFUL CROSS DESIGNS.

SER. NO. 85-057,677, FILED 6-8-2010.

KELLY CHOE, EXAMINING ATTORNEY

UNITED STATES PATENT AND TRADEMARK OFFICE · DEPARTMENT OF COMMERCE

David J. Kappos

Director of the United States Patent and Trademark Office

**Int. Cl.: 35**

**Prior U.S. Cls.: 100, 101 and 102**

**Reg. No. 3,365,408**

**United States Patent and Trademark Office** **Registered Jan. 8, 2008**

## SERVICE MARK
### PRINCIPAL REGISTER

CHROME HEARTS LLC (DELAWARE LTD LIAB CO)
915 N. MANSFIELD
HOLLYWOOD, CA 90038

FOR: RETAIL STORE SERVICES IN THE FIELD OF JEWELRY, CLOTHING, HANDBAGS, EYE-WEAR, HOME FURNISHINGS, BED LINEN AND TOYS, IN CLASS 35 (U.S. CLS. 100, 101 AND 102).

FIRST USE 1-3-1993; IN COMMERCE 1-3-1993.

OWNER OF U.S. REG. NOS. 2,408,082 AND 2,962,976.

THE MARK CONSISTS OF A FANCY AND STYLIZED PLUS DESIGN.

SER. NO. 77-175,407, FILED 5-8-2007.

DAWN HAN, EXAMINING ATTORNEY

**Int. Cl.: 14**

**Prior U.S. Cls.: 2, 27, 28 and 50**

**Reg. No. 3,385,449**

**United States Patent and Trademark Office** **Registered Feb. 19, 2008**

## TRADEMARK
### PRINCIPAL REGISTER

CHROME HEARTS LLC (DELAWARE LTD LIAB CO)
915 N. MANSFIELD
HOLLYWOOD, CA 90038

FOR: JEWELRY, NAMELY, BRACELETS, RINGS, WATCH BANDS, NECKLACES AND LIGHTERS MADE OF PRECIOUS METALS, IN CLASS 14 (U.S. CLS. 2, 27, 28 AND 50).

FIRST USE 1-3-1988; IN COMMERCE 1-3-1988.

SER. NO. 78-833,228, FILED 3-9-2006.

KELLY CHOE, EXAMINING ATTORNEY

**Int. Cl.: 25**

**Prior U.S. Cls.: 22 and 39**

**Reg. No. 3,388,911**

**United States Patent and Trademark Office** **Registered Feb. 26, 2008**

## TRADEMARK
### PRINCIPAL REGISTER

CHROME HEARTS LLC (DELAWARE LTD LIAB CO)

915 N. MANSFIELD

HOLLYWOOD, CA 90038

FOR: CLOTHING, NAMELY, TEE SHIRTS, SHIRTS, TANK TOPS, SWEATSHIRTS, SWEAT PANTS, SWEATERS AND HATS, IN CLASS 25 (U.S. CLS. 22 AND 39).

FIRST USE 1-2-1988; IN COMMERCE 1-2-1988.

SER. NO. 78-825,591, FILED 2-28-2006.

KELLY CHOE, EXAMINING ATTORNEY

# United States of America

## United States Patent and Trademark Office



**Reg. No. 3,731,400** CHROME HEARTS LLC (DELAWARE LIMITED LIABILITY COMPANY)
Registered Dec. 29, 2009 915 N. MANSFIELD
HOLLYWOOD, CA 90038

**Int. Cl.: 9** FOR: EYEWEAR, NAMELY, EYEGLASSES, SUNGLASSES, EYEGLASS CASES AND SUNGLASS CASES, IN CLASS 9 (U.S. CLS. 21, 23, 26, 36 AND 38).

TRADEMARK
PRINCIPAL REGISTER

FIRST USE 12-28-1999; IN COMMERCE 12-28-1999.

OWNER OF U.S. REG. NOS. 3,365,408, 3,385,449, AND 3,388,911.

THE MARK CONSISTS OF THE DESIGN OF A PLUS OR CROSS.

SER. NO. 77-756,462, FILED 6-10-2009.

TINA L. SNAPP, EXAMINING ATTORNEY

David J. Kappos

Director of the United States Patent and Trademark Office

# United States of America

## United States Patent and Trademark Office



**Reg. No. 3,743,975** CHROME HEARTS LLC (DELAWARE LIMITED LIABILITY COMPANY)
Registered Feb. 2, 2010 915 N. MANSFIELD
HOLLYWOOD, CA 90038

**Int. Cl.: 18** FOR: BAGS, NAMELY, HANDBAGS, SHOULDER BAGS, BACK PACKS, TOTE BAGS, WALLETS AND LUGGAGE, IN CLASS 18 (U.S. CLS. 1, 2, 3, 22 AND 41).

TRADEMARK
PRINCIPAL REGISTER

FIRST USE 1-2-1988; IN COMMERCE 1-2-1988.

OWNER OF U.S. REG. NOS. 3,385,449 AND 3,388,911.

THE MARK CONSISTS OF A STYLIZED CROSS.

SER. NO. 77-689,056, FILED 3-12-2009.

TARAH HARDY, EXAMINING ATTORNEY

Director of the United States Patent and Trademark Office

# United States of America

## United States Patent and Trademark Office



**Reg. No. 4,809,639**

**Registered Sep. 8, 2015**

**Int. Cl.: 16**

**TRADEMARK**

**PRINCIPAL REGISTER**

CHROME HEARTS LLC (DELAWARE LIMITED LIABILITY COMPANY)
915 N. MANSFIELD
HOLLYWOOD, CA 90038

FOR: PAPER GOODS, NAMELY, POST CARDS, STATIONERY, TISSUE PAPER, GIFT BOXES AND PRINTED MATTER, NAMELY, MAGAZINES FEATURING INFORMATION ABOUT FASHION , IN CLASS 16 (U.S. CLS. 2, 5, 22, 23, 29, 37, 38 AND 50).

FIRST USE 1-6-1996; IN COMMERCE 1-6-1996.

OWNER OF U.S. REG. NOS. 3,385,449, 3,828,356, AND OTHERS.

THE MARK CONSISTS OF A STYLIZED CROSS DESIGN.

SN 86-283,731, FILED 5-16-2014.

CHRISTINA SOBRAL, EXAMINING ATTORNEY

Michelle K. Lee

Director of the United States
Patent and Trademark Office

**Int. Cl.: 18**

**Prior U.S. Cls.: 1, 2, 3, 22 and 41**

**Reg. No. 3,605,854**

**United States Patent and Trademark Office**

**Registered Apr. 14, 2009**

# TRADEMARK
## PRINCIPAL REGISTER

CHROME HEARTS LLC (DELAWARE LIMITED LIABILITY COMPANY)
915 N. MANSFIELD
HOLLYWOOD, CA 90038

FOR: BAGS, NAMELY, HANDBAGS, SHOULDER BAGS, CLUTCHES, TOTE BAGS, WALLETS, BACK PACKS AND LUGGAGE, IN CLASS 18 (U.S. CLS. 1, 2, 3, 22 AND 41).

FIRST USE 1-2-1989; IN COMMERCE 1-2-1989.

OWNER OF U.S. REG. NOS. 3,267,866, 3,385,416, AND 3,388,911.

THE MARK CONSISTS OF A CROSS DESIGN .

SER. NO. 77-565,697, FILED 9-9-2008.

JENNIFER MARTIN, EXAMINING ATTORNEY

**Int. Cl.: 14**

**Prior U.S. Cls.: 2, 27, 28 and 50**

**Reg. No. 3,605,860**

**United States Patent and Trademark Office** **Registered Apr. 14, 2009**

## TRADEMARK
### PRINCIPAL REGISTER



CHROME HEARTS LLC (DELAWARE LIMITED LIABILITY COMPANY)
915 N. MANSFIELD
HOLLYWOOD, CA 90038

FOR: JEWLERY, NAMELY, RINGS, EARRINGS, PENDANTS, NECKLACES, BRACELETS, CUFF BRACELETS, CUFF LINKS, WATCH BRACELETS AND KEY RINGS MADE OF PRECIOUS METALS, IN CLASS 14 (U.S. CLS. 2, 27, 28 AND 50).

FIRST USE 1-2-1989; IN COMMERCE 1-2-1989.

OWNER OF U.S. REG. NOS. 3,385,415 AND 3,385,449.

THE MARK CONSISTS OF A CROSS DESIGN .

SER. NO. 77-565,755, FILED 9-9-2008.

JENNIFER MARTIN, EXAMINING ATTORNEY

**Int. Cl.: 25**

**Prior U.S. Cls.: 22 and 39**

**Reg. No. 3,606,059**

**United States Patent and Trademark Office** **Registered Apr. 14, 2009**

**TRADEMARK**
**PRINCIPAL REGISTER**



CHROME HEARTS LLC (DELAWARE LIMITED LIABILITY COMPANY)
915 N. MANSFIELD
HOLLYWOOD, CA 90038

FOR: CLOTHING, NAMELY, TEE SHIRTS, SHIRTS, TANK TOPS, SWEATERS, SWEAT SHIRTS, SWEAT PANTS, JEANS, PANTS, JACKETS, COATS AND HATS, IN CLASS 25 (U.S. CLS. 22 AND 39).

FIRST USE 1-2-1989; IN COMMERCE 1-2-1989.

OWNER OF U.S. REG. NOS. 3,267,866 AND 3,385,415.

THE MARK CONSISTS OF A CROSS DESIGN.

SER. NO. 77-592,403, FILED 10-14-2008.

JENNIFER MARTIN, EXAMINING ATTORNEY

# United States of America
## United States Patent and Trademark Office



**Reg. No. 3,731,397** CHROME HEARTS LLC (DELAWARE LIMITED LIABILITY COMPANY)
Registered Dec. 29, 2009 915 N. MANSFIELD
HOLLYWOOD, CA 90038

**Int. Cl.: 9** FOR: EYEWEAR, NAMELY, EYEGLASSES, SUNGLASSES, EYEGLASS CASES AND SUNGLASS CASES, IN CLASS 9 (U.S. CLS. 21, 23, 26, 36 AND 38).

TRADEMARK
PRINCIPAL REGISTER

FIRST USE 12-28-1999; IN COMMERCE 12-28-1999.

OWNER OF U.S. REG. NOS. 3,605,854, 3,605,860, AND 3,606,059.

THE MARK CONSISTS OF THE DESIGN OF A CROSS.

SER. NO. 77-755,810, FILED 6-9-2009.

TINA L. SNAPP, EXAMINING ATTORNEY

David J. Kappos

Director of the United States Patent and Trademark Office

# United States of America

## United States Patent and Trademark Office



**Reg. No. 4,501,775**

**Registered Mar. 25, 2014**

**Int. Cl.: 35**

**SERVICE MARK**

**PRINCIPAL REGISTER**

CHROME HEARTS LLC (DELAWARE LIMITED LIABILITY COMPANY)
915 N. MANSFIELD
HOLLYWOOD, CA 90038

FOR: RETAIL STORE SERVICES IN THE FIELD OF GENERAL MERCHANDISE, NAMELY, CLOTHING, CLOTHING ACCESSORIES, JEWELRY, HANDBAGS, FRAGRANCES, PERSONAL LEATHER GOODS, LUGGAGE, TOYS, AND SMOKING ARTICLES, IN CLASS 35 (U.S. CLS. 100, 101 AND 102).

FIRST USE 1-5-1995; IN COMMERCE 1-5-1995.

OWNER OF U.S. REG. NOS. 3,605,854, 4,362,999 AND OTHERS.

THE MARK CONSISTS OF A STYLIZED CROSS DESIGN.

SER. NO. 86-042,069, FILED 8-19-2013.

BRIN ANDERSON, EXAMINING ATTORNEY

Michelle K. Lee

**Deputy Director of the United States Patent and Trademark Office**

# United States of America

## United States Patent and Trademark Office



**Reg. No. 4,783,129**

**Registered July 28, 2015**

**Int. Cl.: 16**

**TRADEMARK**

**PRINCIPAL REGISTER**

CHROME HEARTS LLC (DELAWARE LIMITED LIABILITY COMPANY)
915 N. MANSFIELD
HOLLYWOOD, CA 90038

FOR: PAPER GOODS, NAMELY, POST CARDS, STATIONERY, TISSUE PAPER, GIFT BOXES AND PRINTED MATTER, NAMELY, MAGAZINES FEATURING INFORMATION ABOUT FASHION , IN CLASS 16 (U.S. CLS. 2, 5, 22, 23, 29, 37, 38 AND 50).

FIRST USE 1-6-1996; IN COMMERCE 1-6-1996.

OWNER OF U.S. REG. NOS. 3,605,854, 4,362,999, AND OTHERS.

THE MARK CONSISTS OF A STYLIZED CROSS DESIGN.

SN 86-283,743, FILED 5-16-2014.

CHRISTINA SOBRAL, EXAMINING ATTORNEY

UNITED STATES PATENT AND TRADEMARK OFFICE
DEPARTMENT OF COMMERCE

Michelle K. Lee

Director of the United States
Patent and Trademark Office

**Int. Cl.: 25**

**Prior U.S. Cls.: 22 and 39**

**Reg. No. 3,267,866**

**United States Patent and Trademark Office**

**Registered July 24, 2007**

# TRADEMARK
## PRINCIPAL REGISTER



CHROME HEARTS LLC (DELAWARE LTD LIAB CO)
915 N. MANSFIELD
HOLLYWOOD, CA 90038

FOR: CLOTHING, NAMELY, TEE SHIRTS, SHIRTS, JACKETS, TANK TOPS, SWEATERS, HATS AND SWEATSHIRTS, IN CLASS 25 (U.S. CLS. 22 AND 39).

FIRST USE 1-4-1988; IN COMMERCE 1-4-1988.

SER. NO. 78-818,078, FILED 2-17-2006.

KELLY CHOE, EXAMINING ATTORNEY

# United States of America

## United States Patent and Trademark Office



**Reg. No. 3,731,401** CHROME HEARTS LLC (DELAWARE LIMITED LIABILITY COMPANY)
Registered Dec. 29, 2009 915 N. MANSFIELD
HOLLYWOOD, CA 90038

**Int. Cl.: 9** FOR: EYEWEAR, NAMELY, EYEGLASSES, SUNGLASSES, EYEGLASS CASES AND SUNGLASS CASES, IN CLASS 9 (U.S. CLS. 21, 23, 26, 36 AND 38).

TRADEMARK
PRINCIPAL REGISTER

FIRST USE 12-28-1999; IN COMMERCE 12-28-1999.

OWNER OF U.S. REG. NO. 3,267,866.

THE MARK CONSISTS OF THE DESIGN OF A CROSS WITH A FLORAL DESIGN AROUND THE CENTER OF IT.

SER. NO. 77-756,499, FILED 6-10-2009.

TINA L. SNAPP, EXAMINING ATTORNEY

David J. Kappos

Director of the United States Patent and Trademark Office

# United States of America
## United States Patent and Trademark Office



**Reg. No. 4,494,781**
**Registered Mar. 11, 2014**
**Int. Cl.: 18**

**TRADEMARK**

**PRINCIPAL REGISTER**

CHROME HEARTS LLC (DELAWARE LIMITED LIABILITY COMPANY)
915 N. MANSFIELD
HOLLYWOOD, CA 90038

FOR: BAGS, NAMELY, SHOULDER BAGS, HANDBAGS, MESSENGER BAGS, BACK PACKS, CLUTCHES, EVENING BAGS, WALLETS, DUFFEL BAGS, LUGGAGE, IN CLASS 18 (U.S. CLS. 1, 2, 3, 22 AND 41).

FIRST USE 1-2-1989; IN COMMERCE 1-2-1989.

OWNER OF U.S. REG. NOS. 3,267,866 AND 3,731,401.

THE MARK CONSISTS OF THE DESIGN OF A CROSS WITH A FLORAL DESIGN AROUND THE CENTER OF IT.

SER. NO. 86-025,474, FILED 7-31-2013.

GIANCARLO CASTRO, EXAMINING ATTORNEY

Michelle K. Lee

**Deputy Director of the United States Patent and Trademark Office**

# United States of America

## United States Patent and Trademark Office



**Reg. No. 4,494,841**

**Registered Mar. 11, 2014**

**Int. Cl.: 14**

**TRADEMARK**

**PRINCIPAL REGISTER**

CHROME HEARTS LLC (DELAWARE LIMITED LIABILITY COMPANY)
915 N. MANSFIELD
HOLLYWOOD, CA 90038

FOR: JEWELRY, NAMELY, RINGS, EARRINGS, NECKLACES, BRACELETS, CUFF BRACELETS, BROOCHES, PENDANTS, CUFF LINKS, KEY RINGS MADE OF PRECIOUS METALS, TIE FASTENERS AND WATCH BRACELETS, IN CLASS 14 (U.S. CLS. 2, 27, 28 AND 50).

FIRST USE 1-2-1990; IN COMMERCE 1-2-1990.

THE MARK CONSISTS OF THE TAIL END OF A CROSS WITH THREE POINTS.

SER. NO. 86-026,726, FILED 8-1-2013.

BRIN ANDERSON, EXAMINING ATTORNEY

Michelle K. Lee

**Deputy Director of the United States Patent and Trademark Office**

**Int. Cl.: 14**

**Prior U.S. Cls.: 2, 27, 28 and 50**

**Reg. No. 3,385,415**

**United States Patent and Trademark Office** **Registered Feb. 19, 2008**

## TRADEMARK
### PRINCIPAL REGISTER



CHROME HEARTS LLC (DELAWARE LTD LIAB CO)
915 N. MANSFIELD
HOLLYWOOD, CA 90038

FOR: JEWELRY, NAMELY, BRACELETS, NECKLACES, KEY RINGS MADE OF PRECIOUS METALS, RINGS, PENDANTS, WATCH BRACELETS, IN CLASS 14 (U.S. CLS. 2, 27, 28 AND 50).

FIRST USE 1-3-1992; IN COMMERCE 1-3-1992.

SER. NO. 78-800,001, FILED 1-26-2006.

KELLY CHOE, EXAMINING ATTORNEY

**Int. Cl.: 25**

**Prior U.S. Cls.: 22 and 39**

**Reg. No. 3,385,416**

**United States Patent and Trademark Office** **Registered Feb. 19, 2008**

## TRADEMARK
### PRINCIPAL REGISTER



CHROME HEARTS LLC (DELAWARE LTD LIAB CO)
915 N. MANSFIELD
HOLLYWOOD, CA 90038

FOR: CLOTHING, NAMELY, TEE SHIRTS, SHIRTS, SWEATERS, TANK TOPS, SWEATSHIRTS, HATS AND PANTS, IN CLASS 25 (U.S. CLS. 22 AND 39).

FIRST USE 1-3-1992; IN COMMERCE 1-3-1992.

SER. NO. 78-800,342, FILED 1-26-2006.

KELLY CHOE, EXAMINING ATTORNEY

**Int. Cl.: 25**

**Prior U.S. Cls.: 22 and 39**

**Reg. No. 3,388,912**

**United States Patent and Trademark Office**

**Registered Feb. 26, 2008**

## TRADEMARK
### PRINCIPAL REGISTER



CHROME HEARTS LLC (DELAWARE LTD LIAB CO)
915 N. MANSFIELD
HOLLYWOOD, CA 90038

FOR: CLOTHING, NAMELY, TEE SHIRTS, SHIRTS, SWEATSHIRTS, TANK TOPS AND HATS, IN CLASS 25 (U.S. CLS. 22 AND 39).

FIRST USE 1-3-1990; IN COMMERCE 1-3-1990.

THE MARK CONSISTS OF A SERIES OF CROSSES LAYED OUT IN A WING PATTERN.

SER. NO. 78-826,185, FILED 3-1-2006.

KELLY CHOE, EXAMINING ATTORNEY

# United States of America

## United States Patent and Trademark Office



**Reg. No. 4,616,169**
**Registered Oct. 7, 2014**
**Int. Cl.: 9**

**TRADEMARK**

**PRINCIPAL REGISTER**

CHROME HEARTS LLC (DELAWARE LIMITED LIABILITY COMPANY)
915 N. MANSFIELD
HOLLYWOOD, CA 90038

FOR: EYEWEAR, NAMELY, EYEGLASSES, SUNGLASSES, EYEGLASS CASES AND SUNGLASS CASES, IN CLASS 9 (U.S. CLS. 21, 23, 26, 36 AND 38).

FIRST USE 1-2-1989; IN COMMERCE 1-2-1989.

OWNER OF U.S. REG. NO. 3,784,392.

THE MARK CONSISTS OF A CROSS DESIGN.

SER. NO. 86-043,218, FILED 8-20-2013.

MICHAEL KEATING, EXAMINING ATTORNEY

UNITED STATES PATENT AND TRADEMARK OFFICE · DEPARTMENT OF COMMERCE

Michelle K. Lee

**Deputy Director of the United States Patent and Trademark Office**

# United States of America

## United States Patent and Trademark Office



**Reg. No. 4,619,672**

**Registered Oct. 14, 2014**

**Int. Cl.: 14**

**TRADEMARK**

**PRINCIPAL REGISTER**

CHROME HEARTS LLC (DELAWARE LIMITED LIABILITY COMPANY)
915 N. MANSFIELD
HOLLYWOOD, CA 90038

FOR: JEWELRY, NAMELY, RINGS, EARRINGS, BRACELETS, NECKLACES, PENDANTS, CUFF LINKS, CUFF BRACELETS, TIE FASTENERS, KEY RINGS MADE OF PRECIOUS METALS, WATCH BRACELETS AND BROOCHES, IN CLASS 14 (U.S. CLS. 2, 27, 28 AND 50).

FIRST USE 1-2-1989; IN COMMERCE 1-2-1989.

OWNER OF U.S. REG. NO. 3,784,392.

THE MARK CONSISTS OF A CROSS DESIGN.

SER. NO. 86-043,325, FILED 8-20-2013.

MICHAEL KEATING, EXAMINING ATTORNEY

Michelle K. Lee

**Deputy Director of the United States**
**Patent and Trademark Office**

# United States of America
## United States Patent and Trademark Office



**Reg. No. 4,619,673**

**Registered Oct. 14, 2014**

**Int. Cl.: 18**

**TRADEMARK**

**PRINCIPAL REGISTER**

CHROME HEARTS LLC (DELAWARE LIMITED LIABILITY COMPANY)
915 N. MANSFIELD
HOLLYWOOD, CA 90038

FOR: BAGS, NAMELY, HANDBAGS, SHOULDER BAGS, BACK PACKS, MESSENGER BAGS, CLUTCHES, DUFFLE BAGS, EVENING BAGS, WALLETS AND LUGGAGE, IN CLASS 18 (U.S. CLS. 1, 2, 3, 22 AND 41).

FIRST USE 1-2-1989; IN COMMERCE 1-2-1989.

OWNER OF U.S. REG. NO. 3,784,392.

THE MARK CONSISTS OF THE DESIGN OF A CROSS.

SER. NO. 86-043,335, FILED 8-20-2013.

MICHAEL KEATING, EXAMINING ATTORNEY

Michelle K. Lee

**Deputy Director of the United States Patent and Trademark Office**

# United States of America
## United States Patent and Trademark Office



**Reg. No. 4,619,674**
**Registered Oct. 14, 2014**
**Int. Cl.: 25**

**TRADEMARK**

**PRINCIPAL REGISTER**

CHROME HEARTS LLC (DELAWARE LIMITED LIABILITY COMPANY)
915 N. MANSFIELD
HOLLYWOOD, CA 90038

FOR: CLOTHING, NAMELY, TEE SHIRTS, SHIRTS, TANK TOPS, SWEAT SHIRTS, SWEAT PANTS, VESTS, SWEATERS, JEANS, PANTS, CHAPS, DRESSES, SKIRTS, JACKETS, COATS, UNDERWEAR, SWIMWEAR, HATS, SOCKS AND FOOTWEAR, IN CLASS 25 (U.S. CLS. 22 AND 39).

FIRST USE 1-2-1989; IN COMMERCE 1-2-1989.

OWNER OF U.S. REG. NO. 3,784,392.

THE MARK CONSISTS OF THE DESIGN OF A CROSS.

SER. NO. 86-043,339, FILED 8-20-2013.

MICHAEL KEATING, EXAMINING ATTORNEY

Michelle K. Lee

**Deputy Director of the United States Patent and Trademark Office**

# United States of America

## United States Patent and Trademark Office



**Reg. No. 4,619,675**

**Registered Oct. 14, 2014**

**Int. Cl.: 34**

**TRADEMARK**

**PRINCIPAL REGISTER**

CHROME HEARTS LLC (DELAWARE LIMITED LIABILITY COMPANY)
915 N. MANSFIELD
HOLLYWOOD, CA 90038

FOR: SMOKING ARTICLES, NAMELY, CIGARETTE LIGHTERS, CASES AND HOLDERS NOT OF PRECIOUS METALS, TOBACCO POUCHES, CIGAR CUTTERS AND HUMIDORS, IN CLASS 34 (U.S. CLS. 2, 8, 9 AND 17).

FIRST USE 1-2-1989; IN COMMERCE 1-2-1989.

OWNER OF U.S. REG. NO. 3,784,392.

THE MARK CONSISTS OF THE DESIGN OF A CROSS.

SER. NO. 86-043,355, FILED 8-20-2013.

MICHAEL KEATING, EXAMINING ATTORNEY

**Deputy Director of the United States Patent and Trademark Office**

# United States of America
## United States Patent and Trademark Office



**Reg. No. 3,784,392**
**Registered May 4, 2010**
**Int. Cl.: 9**
**TRADEMARK**
**PRINCIPAL REGISTER**

CHROME HEARTS LLC (DELAWARE LIMITED LIABILITY COMPANY)
915 N. MANSFIELD
HOLLYWOOD, CA 90038

FOR: EYEWEAR, NAMELY, EYEGLASSES, SUNGLASSES, EYEGLASS CASES AND SUNGLASS CASES, IN CLASS 9 (U.S. CLS. 21, 23, 26, 36 AND 38).

FIRST USE 12-28-1999; IN COMMERCE 12-28-1999.

THE MARK CONSISTS OF THREE CUT OUTS OF CROSSES.

SER. NO. 77-832,388, FILED 9-22-2009.

KATHERINE E. HALMEN, EXAMINING ATTORNEY

UNITED STATES PATENT AND TRADEMARK OFFICE
DEPARTMENT OF COMMERCE

David J. Kappos

Director of the United States Patent and Trademark Office

# United States of America
## United States Patent and Trademark Office



**Reg. No. 3,728,357** CHROME HEARTS LLC (DELAWARE LIMITED LIABILITY COMPANY)
Registered Dec. 22, 2009 915 N. MANSFIELD
HOLLYWOOD, CA 90038

**Int. Cl.: 9** FOR: EYEWEAR, NAMELY, EYEGLASSES, SUNGLASSES, EYEGLASS CASES AND SUNGLASS CASES, IN CLASS 9 (U.S. CLS. 21, 23, 26, 36 AND 38).

TRADEMARK
PRINCIPAL REGISTER

FIRST USE 12-28-1999; IN COMMERCE 12-28-1999.

THE MARK CONSISTS OF A FANCIFUL CROSS.

SER. NO. 77-756,676, FILED 6-10-2009.

TINA L. SNAPP, EXAMINING ATTORNEY

UNITED STATES PATENT AND TRADEMARK OFFICE
DEPARTMENT OF COMMERCE

David J. Kappos

Director of the United States Patent and Trademark Office

# United States of America

## United States Patent and Trademark Office



**Reg. No. 4,494,945**

**Registered Mar. 11, 2014**

**Int. Cl.: 25**

**TRADEMARK**

**PRINCIPAL REGISTER**

CHROME HEARTS LLC (DELAWARE LIMITED LIABILITY COMPANY)
915 N. MANSFIELD
HOLLYWOOD, CA 90038

FOR: CLOTHING, NAMELY, TEE SHIRTS, SHIRTS, TANK TOPS, SWEATERS, SWEAT SHIRTS, VESTS, DRESSES, SKIRTS, JACKETS, COATS, JEANS, LEATHER PANTS, CHAPS, UNDERGARMENTS, SWIMWEAR, HATS AND FOOTWEAR, IN CLASS 25 (U.S. CLS. 22 AND 39).

FIRST USE 1-3-1989; IN COMMERCE 1-3-1989.

OWNER OF U.S. REG. NOS. 3,728,357, 3,784,781, AND 4,058,920.

THE MARK CONSISTS OF A FANCIFUL CROSS DESIGN.

SER. NO. 86-037,087, FILED 8-13-2013.

BRIN ANDERSON, EXAMINING ATTORNEY

UNITED STATES PATENT AND TRADEMARK OFFICE — DEPARTMENT OF COMMERCE

Michelle K. Lee

**Deputy Director of the United States Patent and Trademark Office**

# United States of America
## United States Patent and Trademark Office



**Reg. No. 4,494,946**
**Registered Mar. 11, 2014**
**Int. Cl.: 14**
**TRADEMARK**
**PRINCIPAL REGISTER**

CHROME HEARTS LLC (DELAWARE LIMITED LIABILITY COMPANY)
915 N. MANSFIELD
HOLLYWOOD, CA 90038

FOR: JEWELRY, NAMELY, RINGS, EARRINGS, BRACELETS, NECKLACES, CUFF BRACELETS, CUFF LINKS, BROOCHES, PENDANTS, KEY RINGS MADE OF PRECIOUS METALS, TIE FASTENERS AND WATCH BRACELETS, IN CLASS 14 (U.S. CLS. 2, 27, 28 AND 50).

FIRST USE 1-3-1989; IN COMMERCE 1-3-1989.

OWNER OF U.S. REG. NOS. 3,728,357, 3,784,781, AND 4,058,920.

THE MARK CONSISTS OF A FANCIFUL CROSS DESIGN.

SER. NO. 86-037,088, FILED 8-13-2013.

BRIN ANDERSON, EXAMINING ATTORNEY

**Deputy Director of the United States**
**Patent and Trademark Office**

# United States of America

## United States Patent and Trademark Office



**Reg. No. 3,731,402** CHROME HEARTS LLC (DELAWARE LIMITED LIABILITY COMPANY)
Registered Dec. 29, 2009 915 N. MANSFIELD
HOLLYWOOD, CA 90038

**Int. Cl.: 9** FOR: EYEWEAR, NAMELY, EYEGLASSES, SUNGLASSES, EYEGLASS CASES AND SUNGLASS CASES, IN CLASS 9 (U.S. CLS. 21, 23, 26, 36 AND 38).

TRADEMARK
PRINCIPAL REGISTER

FIRST USE 12-28-1999; IN COMMERCE 12-28-1999.

THE MARK CONSISTS OF AN OVAL DESIGN WITH A CROSS INSIDE OF IT AND A FLORAL DESIGN AROUND THE CROSS.

SER. NO. 77-756,517, FILED 6-10-2009.

TINA L. SNAPP, EXAMINING ATTORNEY

UNITED STATES PATENT AND TRADEMARK OFFICE
DEPARTMENT OF COMMERCE

David J. Kappos

Director of the United States Patent and Trademark Office

# United States of America

## United States Patent and Trademark Office



**Reg. No. 4,494,838**

**Registered Mar. 11, 2014**

**Int. Cl.: 14**

**TRADEMARK**

**PRINCIPAL REGISTER**

CHROME HEARTS LLC (DELAWARE LIMITED LIABILITY COMPANY)
915 N. MANSFIELD
HOLLYWOOD, CA 90038

FOR: JEWELRY, NAMELY, RINGS, EARRINGS, NECKLACES, BRACELETS, CUFF BRACELETS, TIE FASTENERS, BROOCHES, PENDANTS, CUFF LINKS, KEY RINGS MADE OF PRECIOUS METALS AND WATCH BRACELETS, IN CLASS 14 (U.S. CLS. 2, 27, 28 AND 50).

FIRST USE 1-2-1989; IN COMMERCE 1-2-1989.

OWNER OF U.S. REG. NOS. 3,731,402 AND 3,784,782.

THE MARK CONSISTS OF AN OVAL DESIGN WITH A CROSS INSIDE OF IT AND A FLORAL DESIGN AROUND THE CROSS.

SER. NO. 86-026,708, FILED 8-1-2013.

BRIN ANDERSON, EXAMINING ATTORNEY

**Deputy Director of the United States Patent and Trademark Office**

# United States of America

## United States Patent and Trademark Office



**Reg. No. 4,497,576**

**Registered Mar. 18, 2014**

**Int. Cl.: 25**

**TRADEMARK**

**PRINCIPAL REGISTER**

CHROME HEARTS LLC (DELAWARE LIMITED LIABILITY COMPANY)
915 N. MANSFIELD
HOLLYWOOD, CA 90038

FOR: CLOTHING, NAMELY, TEE SHIRTS, SHIRTS, TANK TOPS, SWEATERS, SWEAT SHIRTS, SWEAT PANTS, JEANS, LEATHER PANTS, CHAPS, SKIRTS, DRESSES, VESTS, JACKETS, COATS, SWIMWEAR, UNDERWEAR, HATS AND FOOTWEAR, IN CLASS 25 (U.S. CLS. 22 AND 39).

FIRST USE 1-2-1989; IN COMMERCE 1-2-1989.

OWNER OF U.S. REG. NOS. 3,731,402 AND 3,784,782.

THE MARK CONSISTS OF AN OVAL DESIGN WITH A CROSS INSIDE OF IT AND A FLORAL DESIGN AROUND THE CROSS.

SER. NO. 86-026,713, FILED 8-1-2013.

BRIN ANDERSON, EXAMINING ATTORNEY

**Deputy Director of the United States Patent and Trademark Office**

# United States of America

## United States Patent and Trademark Office



**Reg. No. 5,186,624**

**Registered Apr. 18, 2017**

**Int. Cl.: 26**

**Trademark**

**Principal Register**

Chrome Hearts LLC (DELAWARE LIMITED LIABILITY COMPANY)
915 N. Mansfield
Hollywood, CA 90038

CLASS 26: Belt buckles; Belt buckles for clothing; Zipper pulls; Clothing accessories, namely, charms for attachment to zipper pulls and buttons

FIRST USE 1-5-1989; IN COMMERCE 1-5-1989

The mark consists of a concentric oval design bearing a cross inside with repetitive designs in the background.

OWNER OF U.S. REG. NO. 4494828, 4497576, 3784782

SER. NO. 87-230,108, FILED 11-08-2016
NORA BUCHANAN WILL, EXAMINING ATTORNEY

UNITED STATES PATENT AND TRADEMARK OFFICE
DEPARTMENT OF COMMERCE

Michelle K. Lee

Director of the United States
Patent and Trademark Office

**Int. Cl.: 25**

**Prior U.S. Cls.: 22 and 39**

**Reg. No. 3,388,920**

**United States Patent and Trademark Office** **Registered Feb. 26, 2008**

# TRADEMARK
## PRINCIPAL REGISTER

CHROME HEARTS LLC (DELAWARE LTD LIAB CO)
915 N. MANSFIELD
HOLLYWOOD, CA 90038

FOR: CLOTHING, NAMELY, TEE SHIRTS, SHIRTS, SWEATSHIRTS, JACKETS AND PANTS, IN CLASS 25 (U.S. CLS. 22 AND 39).

FIRST USE 1-3-1990; IN COMMERCE 1-3-1990.

SER. NO. 78-833,145, FILED 3-9-2006.

KELLY CHOE, EXAMINING ATTORNEY

# United States of America

## United States Patent and Trademark Office



**Reg. No. 3,728,356** CHROME HEARTS LLC (DELAWARE LIMITED LIABILITY COMPANY)
Registered Dec. 22, 2009 915 N. MANSFIELD
HOLLYWOOD, CA 90038

**Int. Cl.: 9** FOR: EYEWEAR, NAMELY, EYEGLASSES, SUNGLASSES, EYEGLASS CASES AND SUNGLASS CASES, IN CLASS 9 (U.S. CLS. 21, 23, 26, 36 AND 38).

TRADEMARK
PRINCIPAL REGISTER

FIRST USE 12-28-1999; IN COMMERCE 12-28-1999.

OWNER OF U.S. REG. NO. 3,388,920.

THE MARK CONSISTS OF TWO FANCIFUL INTERTWINED CROSSES.

SER. NO. 77-756,665, FILED 6-10-2009.

TINA L. SNAPP, EXAMINING ATTORNEY

David J. Kappos

Director of the United States Patent and Trademark Office

# United States of America

## United States Patent and Trademark Office



**Reg. No. 4,494,782**

**Registered Mar. 11, 2014**

**Int. Cl.: 14**

**TRADEMARK**

**PRINCIPAL REGISTER**

CHROME HEARTS LLC (DELAWARE LIMITED LIABILITY COMPANY)
915 N. MANSFIELD
HOLLYWOOD, CA 90038

FOR: JEWELRY, NAMELY, RINGS, EARRINGS, NECKLACES, BRACELETS, CUFF BRACELETS, BROOCHES, TIE FASTENERS, CUFF LINKS, WATCH BRACELETS, IN CLASS 14 (U.S. CLS. 2, 27, 28 AND 50).

FIRST USE 1-2-1989; IN COMMERCE 1-2-1989.

OWNER OF U.S. REG. NOS. 3,388,920 AND 3,728,356.

THE MARK CONSISTS OF TWO FANCIFUL INTERTWINED CROSS DESIGNS.

SER. NO. 86-025,486, FILED 7-31-2013.

GIANCARLO CASTRO, EXAMINING ATTORNEY

Michelle K. Lee

**Deputy Director of the United States Patent and Trademark Office**

# United States of America
## United States Patent and Trademark Office



**Reg. No. 3,731,403** CHROME HEARTS LLC (DELAWARE LIMITED LIABILITY COMPANY)
Registered Dec. 29, 2009 915 N. MANSFIELD
HOLLYWOOD, CA 90038

**Int. Cl.: 9** FOR: EYEWEAR, NAMELY, EYEGLASSES, SUNGLASSES, EYEGLASS CASES AND SUNGLASS CASES, IN CLASS 9 (U.S. CLS. 21, 23, 26, 36 AND 38).

TRADEMARK
PRINCIPAL REGISTER

FIRST USE 12-28-1999; IN COMMERCE 12-28-1999.

THE MARK CONSISTS OF A BS FLEUR DESIGN.

SER. NO. 77-756,656, FILED 6-10-2009.

TINA L. SNAPP, EXAMINING ATTORNEY

UNITED STATES PATENT AND TRADEMARK OFFICE
DEPARTMENT OF COMMERCE

David J. Kappos

Director of the United States Patent and Trademark Office

# United States of America

## United States Patent and Trademark Office



**Reg. No. 4,510,024**

**Registered Apr. 8, 2014**

**Int. Cl.: 25**

**TRADEMARK**

**PRINCIPAL REGISTER**

CHROME HEARTS LLC (DELAWARE LIMITED LIABILITY COMPANY)
915 N. MANSFIELD
HOLLYWOOD, CA 90038

FOR: CLOTHING, NAMELY, TEE SHIRTS, SHIRTS, TANK TOPS, SWEATERS, SWEAT SHIRTS, SWEAT PANTS, VESTS, JACKETS, JEANS, LEATHER PANTS, DRESSES, SKIRTS, SWIMWEAR, UNDERGARMENTS, HATS AND FOOTWEAR, IN CLASS 25 (U.S. CLS. 22 AND 39).

FIRST USE 1-2-1990; IN COMMERCE 1-2-1990.

OWNER OF U.S. REG. NOS. 3,731,403, 3,784,784, AND 3,894,026.

THE MARK CONSISTS OF A STYLIZED FLEUR-DE-LIS DESIGN.

SER. NO. 86-025,489, FILED 7-31-2013.

GIANCARLO CASTRO, EXAMINING ATTORNEY

UNITED STATES PATENT AND TRADEMARK OFFICE · DEPARTMENT OF COMMERCE

Michelle K. Lee

**Deputy Director of the United States Patent and Trademark Office**

# United States of America
## United States Patent and Trademark Office



**Reg. No. 3,894,026**
**Registered Dec. 21, 2010**

CHROME HEARTS LLC (DELAWARE LIMITED LIABILITY COMPANY)
915 N. MANSFIELD
HOLLYWOOD, CA 90038

**Int. Cl.: 14**

**TRADEMARK**

**PRINCIPAL REGISTER**

FOR: JEWELRY, NAMELY, RINGS, EARRINGS, PENDANTS, CUFF BRACELETS, BRACELETS, NECKLACES, CUFF LINKS, WATCH BRACELETS, BROOCHES AND DOG TAGS FOR WEAR BY HUMANS FOR DECORATIVE PURPOSES, IN CLASS 14 (U.S. CLS. 2, 27, 28 AND 50).

FIRST USE 1-3-1989; IN COMMERCE 1-3-1989.

OWNER OF U.S. REG. NO. 3,784,784.

THE MARK CONSISTS OF A STYLIZED FLEUR-DE-LIS DESIGN.

SER. NO. 85-062,129, FILED 6-14-2010.

KELLY CHOE, EXAMINING ATTORNEY

David J. Kappos

Director of the United States Patent and Trademark Office

**Int. Cl.: 25**

**Prior U.S. Cls.: 22 and 39**

**Reg. No. 2,214,641**

# United States Patent and Trademark Office

**Registered Dec. 29, 1998**

## TRADEMARK
## PRINCIPAL REGISTER




CHROME HEARTS, INC. (CALIFORNIA CORPORATION)
937 N. CITRUS AVENUE
HOLLYWOOD, CA 90038

FOR: CLOTHING NAMELY, SHIRTS, TEE SHIRTS, PANTS, JEANS, LEATHER JACKETS, LEATHER VESTS, LEATHER PANTS, CHAPS, COATS, GLOVES, MEN'S AND WOMEN'S UNDERWEAR, CLOTHING BELTS AND FOOTWEAR; NAMELY, BOOTS, IN CLASS 25 (U.S. CLS. 22 AND 39).

FIRST USE 7-27-1989; IN COMMERCE 11-22-1989.

OWNER OF U.S. REG. NOS. 1,665,791 AND 2,118,026.

SER. NO. 75-399,206, FILED 12-3-1997.

CARYN HINES, EXAMINING ATTORNEY

**l.: 18**

**U.S. Cls.: 1, 2, 3, 22 and 41**

**Reg. No. 2,214,642**

**ed States Patent and Trademark Office** **Registered Dec. 29, 1998**

## TRADEMARK
### PRINCIPAL REGISTER




E HEARTS, INC. (CALIFORNIA COR-
TION)
ITRUS AVENUE
WOOD, CA 90038

BAGS; NAMELY, SHOULDER BAGS, TS, TOTE BAGS, HANDBAGS, GAR- BAGS AND LUGGAGE, IN CLASS 18 S. 1, 2, 3, 22 AND 41).

FIRST USE 7-27-1989; IN COMMERCE 11-22-1989.

OWNER OF U.S. REG. NOS. 1,665,791 AND 2,118,026.

SER. NO. 75-399,216, FILED 12-3-1997.

CARYN HINES, EXAMINING ATTORNEY

**Int. Cl.: 14**

**Prior U.S. Cls.: 2, 27, 28 and 50**

**Reg. No. 2,284,625**

**United States Patent and Trademark Office** **Registered Oct. 12, 1999**

## TRADEMARK
### PRINCIPAL REGISTER




CHROME HEARTS, INC. (CALIFORNIA CORPORATION)
937 N. CITRUS AVENUE
HOLLYWOOD, CA 90038

FOR: JEWELRY MADE WHOLLY OR IN PART OF PRECIOIUS METALS; NAMELY, BRACELETS, NECKLACES, RINGS, PENDANTS, EARRINGS, KEY RINGS, BROOCHES, LAPEL PINS, CUFF LINKS, WATCHES AND BELT BUCKLES MADE WHOLLY OR IN PART OF PRECIOUS METALS, IN CLASS 14 (U.S. CLS. 2, 27, 28 AND 50).

FIRST USE 7-27-1989; IN COMMERCE 11-22-1989.

OWNER OF U.S. REG. NOS. 1,665,791, 2,214,642 AND OTHERS.

SER. NO. 75-399,215, FILED 12-3-1997.

AMOS T. MATTHEWS, JR., EXAMINING ATTORNEY

# United States of America

## United States Patent and Trademark Office




**Reg. No. 4,643,894**

**Registered Nov. 25, 2014**

**Int. Cl.: 9**

**TRADEMARK**

**PRINCIPAL REGISTER**

CHROME HEARTS LLC (DELAWARE LIMITED LIABILITY COMPANY)
915 N. MANSFIELD
HOLLYWOOD, CA 90038

FOR: EYEWEAR, NAMELY, EYEGLASSES AND SUNGLASSES; COMPONENT PARTS FOR ALL OF THE AFORESAID GOODS; AND CASES FOR EYEGLASSES AND SUNGLASSES, IN CLASS 9 (U.S. CLS. 21, 23, 26, 36 AND 38).

FIRST USE 1-5-2000; IN COMMERCE 1-5-2000.

OWNER OF U.S. REG. NOS. 2,284,625, 2,538,565 AND OTHERS.

THE MARK CONSISTS OF A DAGGER DESIGN WITH THE WORD "CHROME HEARTS".

SER. NO. 86-158,510, FILED 1-6-2014.

LAURIE KAUFMAN, EXAMINING ATTORNEY

**Deputy Director of the United States Patent and Trademark Office**

# United States of America

## United States Patent and Trademark Office



**Reg. No. 3,728,359** CHROME HEARTS LLC (DELAWARE LIMITED LIABILITY COMPANY)
Registered Dec. 22, 2009 915 N. MANSFIELD
HOLLYWOOD, CA 90038

**Int. Cl.: 9** FOR: EYEWEAR, NAMELY, EYEGLASSES, SUNGLASSES, EYEGLASS CASES AND SUNGLASS CASES, IN CLASS 9 (U.S. CLS. 21, 23, 26, 36 AND 38).

TRADEMARK
PRINCIPAL REGISTER

FIRST USE 12-28-1999; IN COMMERCE 12-28-1999.

THE MARK CONSISTS OF THE DESIGN OF A DAGGER.

SER. NO. 77-758,023, FILED 6-12-2009.

TINA L. SNAPP, EXAMINING ATTORNEY

David J. Kappos

Director of the United States Patent and Trademark Office

# United States of America

## United States Patent and Trademark Office



**Reg. No. 4,510,020**

**Registered Apr. 8, 2014**

**Int. Cl.: 14**

**TRADEMARK**

**PRINCIPAL REGISTER**

CHROME HEARTS LLC (DELAWARE LIMITED LIABILITY COMPANY)
915 N. MANSFIELD
HOLLYWOOD, CA 90038

FOR: JEWELRY, NAMELY, RINGS, EARRINGS, NECKLACES, BRACELETS, CUFF BRACELETS, BROOCHES, CUFF LINKS, KEY RINGS, WATCH BRACELETS AND TIE FASTENERS, IN CLASS 14 (U.S. CLS. 2, 27, 28 AND 50).

FIRST USE 1-2-1990; IN COMMERCE 1-2-1990.

OWNER OF U.S. REG. NOS. 2,284,625, 3,853,576 AND OTHERS.

THE MARK CONSISTS OF THE DESIGN OF A DAGGER.

SER. NO. 86-025,455, FILED 7-31-2013.

GIANCARLO CASTRO, EXAMINING ATTORNEY

UNITED STATES PATENT AND TRADEMARK OFFICE
DEPARTMENT OF COMMERCE

Michelle K. Lee

**Deputy Director of the United States**
**Patent and Trademark Office**

# United States of America

## United States Patent and Trademark Office



**Reg. No. 4,510,021**

**Registered Apr. 8, 2014**

**Int. Cl.: 25**

**TRADEMARK**

**PRINCIPAL REGISTER**

CHROME HEARTS LLC (DELAWARE LIMITED LIABILITY COMPANY)
915 N. MANSFIELD
HOLLYWOOD, CA 90038

FOR: CLOTHING, NAMELY, SHIRTS, TEE SHIRTS, TANK TOPS, SWEATERS, VESTS, SWEAT SHIRTS, SWEAT PANTS, JEANS, LEATHER PANTS, CHAPS, SKIRTS, JACKETS, DRESSES, UNDERGARMENTS, HATS, SWIMWEAR AND FOOTWEAR, IN CLASS 25 (U.S. CLS. 22 AND 39).

FIRST USE 1-2-1990; IN COMMERCE 1-2-1990.

OWNER OF U.S. REG. NOS. 2,214,641, 3,385,439 AND OTHERS.

THE MARK CONSISTS OF THE DESIGN OF A DAGGER.

SER. NO. 86-025,457, FILED 7-31-2013.

GIANCARLO CASTRO, EXAMINING ATTORNEY

Michelle K. Lee

**Deputy Director of the United States Patent and Trademark Office**

# United States of America

## United States Patent and Trademark Office



**Reg. No. 4,643,872**

**Registered Nov. 25, 2014**

**Int. Cl.: 18**

**TRADEMARK**

**PRINCIPAL REGISTER**

CHROME HEARTS LLC (DELAWARE LIMITED LIABILITY COMPANY)
915 N. MANSFIELD
HOLLYWOOD, CA 90038

FOR: BAGS, NAMELY, SHOULDER BAGS, WALLETS, TOTE BAGS, HANDBAGS, EVENING BAGS, CLUTCHES, MESSENGER BAGS, BACK PACKS, DUFFLE BAGS, GARMENT BAGS FOR TRAVEL AND LUGGAGE, IN CLASS 18 (U.S. CLS. 1, 2, 3, 22 AND 41).

FIRST USE 1-2-1989; IN COMMERCE 1-2-1989.

OWNER OF U.S. REG. NOS. 2,214,642, 3,728,359, AND 3,778,122.

THE MARK CONSISTS OF THE DESIGN OF A DAGGER.

SER. NO. 86-152,738, FILED 12-26-2013.

LAURIE KAUFMAN, EXAMINING ATTORNEY

Michelle K. Lee

**Deputy Director of the United States Patent and Trademark Office**

**Int. Cl.: 25**

**Prior U.S. Cls.: 22 and 39**

**Reg. No. 3,385,439**

**United States Patent and Trademark Office** **Registered Feb. 19, 2008**

## TRADEMARK
### PRINCIPAL REGISTER

CHROME HEARTS LLC (DELAWARE LTD LIAB CO)
915 N. MANSFIELD
HOLLYWOOD, CA 90038

FOR: CLOTHING, NAMELY, TEE SHIRTS, SHIRTS, SWEATSHIRTS AND HATS, IN CLASS 25 (U.S. CLS. 22 AND 39).

FIRST USE 1-4-1989; IN COMMERCE 1-4-1989.

OWNER OF U.S. REG. NOS. 2,214,641 AND 2,465,188.

SER. NO. 78-825,535, FILED 2-28-2006.

KELLY CHOE, EXAMINING ATTORNEY

# United States of America

## United States Patent and Trademark Office



**Reg. No. 3,828,365**

**Registered Aug. 3, 2010**

**Int. Cl.: 25**

**TRADEMARK**

**PRINCIPAL REGISTER**

CHROME HEARTS LLC (DELAWARE LIMITED LIABILITY COMPANY)
915 N. MANSFIELD
HOLLYWOOD, CA 90038

FOR: CLOTHING, NAMELY, TEE SHIRTS, SHIRTS, TANK TOPS, SWEAT SHIRTS, SWEATERS, JACKETS, LINGERIE AND HATS, IN CLASS 25 (U.S. CLS. 22 AND 39).

FIRST USE 1-3-1989; IN COMMERCE 1-3-1989.

OWNER OF U.S. REG. NO. 3,385,439.

THE MARK CONSISTS OF A DAGGER WITH SURROUNDING VINE DESIGN.

SER. NO. 77-955,615, FILED 3-10-2010.

KELLY CHOE, EXAMINING ATTORNEY

UNITED STATES PATENT AND TRADEMARK OFFICE · DEPARTMENT OF COMMERCE

David J. Kappos

Director of the United States Patent and Trademark Office

# United States of America
## United States Patent and Trademark Office



**Reg. No. 3,831,922**
**Registered Aug. 10, 2010**
**Int. Cl.: 18**

**TRADEMARK**

**PRINCIPAL REGISTER**

CHROME HEARTS LLC (DELAWARE LIMITED LIABILITY COMPANY)
915 N. MANSFIELD
HOLLYWOOD, CA 90038

FOR: BAGS, NAMELY, HAND BAGS, SHOULDER BAGS, MESSENGER BAGS, BACK PACKS, DUFFLE BAGS, CLUTCHES, EVENING BAGS, WALLETS AND LUGGAGE, IN CLASS 18 (U.S. CLS. 1, 2, 3, 22 AND 41).

FIRST USE 1-3-1989; IN COMMERCE 1-3-1989.

OWNER OF U.S. REG. NO. 3,385,439.

THE MARK CONSISTS OF A DAGGER WITH SURROUNDING VINE DESIGN.

SER. NO. 77-955,640, FILED 3-10-2010.

KELLY CHOE, EXAMINING ATTORNEY

David J. Kappos

Director of the United States Patent and Trademark Office

# United States of America

## United States Patent and Trademark Office

**Reg. No. 3,882,533**

**Registered Nov. 30, 2010**

**Int. Cl.: 14**

**TRADEMARK**

**PRINCIPAL REGISTER**

CHROME HEARTS LLC (DELAWARE LIMITED LIABILITY COMPANY)
915 N. MANSFIELD
HOLLYWOOD, CA 90038

FOR: JEWELRY, NAMELY, RINGS, EARRINGS, PENDANTS, NECKLACES, BRACELETS, DOG TAGS FOR WEAR BY HUMANS FOR DECORATIVE PURPOSES, AND CUFF LINKS, IN CLASS 14 (U.S. CLS. 2, 27, 28 AND 50).

FIRST USE 1-3-1989; IN COMMERCE 1-3-1989.

THE MARK CONSISTS OF A DAGGER WITH SURROUNDING VINE DESIGN.

SER. NO. 77-955,667, FILED 3-10-2010.

KELLY CHOE, EXAMINING ATTORNEY

UNITED STATES PATENT AND TRADEMARK OFFICE
DEPARTMENT OF COMMERCE

David J. Kappos

Director of the United States Patent and Trademark Office

**Int. Cl.: 18**

**Prior U.S. Cls.: 1, 2, 3, 22 and 41**

**Reg. No. 3,658,047**

**United States Patent and Trademark Office** **Registered July 21, 2009**

**TRADEMARK**
**PRINCIPAL REGISTER**



CHROME HEARTS LLC (DELAWARE LIMITED LIABILITY COMPANY)
915N. MANSFIELD
HOLLYWOOD, CA 90038

FOR: BAGS, NAMELY, HANDBAGS, SHOULDER BAGS, BACK PACKS, TOTE BAGS, WALLETS AND LUGGAGE, IN CLASS 18 (U.S. CLS. 1, 2, 3, 22 AND 41).

FIRST USE 1-2-2000; IN COMMERCE 1-2-2000.

THE MARK CONSISTS OF THE DESIGN OF A CROSS.

SER. NO. 77-673,153, FILED 2-18-2009.

ANNE MADDEN, EXAMINING ATTORNEY

# United States of America

## United States Patent and Trademark Office



**Reg. No. 4,510,022**

**Registered Apr. 8, 2014**

**Int. Cl.: 18**

**TRADEMARK**

**PRINCIPAL REGISTER**

CHROME HEARTS LLC (DELAWARE LIMITED LIABILITY COMPANY)
915 N. MANSFIELD
HOLLYWOOD, CA 90038

FOR: BAGS, NAMELY, HANDBAGS, SHOULDER BAGS, MESSENGER BAGS, CLUTCHES, EVENING BAGS, TOTE BAGS, DUFFEL BAGS, WALLETS AND LUGGAGE, IN CLASS 18 (U.S. CLS. 1, 2, 3, 22 AND 41).

FIRST USE 12-1-2010; IN COMMERCE 12-1-2010.

OWNER OF U.S. REG. NOS. 3,689,338 AND 3,689,339.

THE MARK CONSISTS OF THE DESIGN OF THREE CROSSES.

SER. NO. 86-025,480, FILED 7-31-2013.

GIANCARLO CASTRO, EXAMINING ATTORNEY

Michelle K. Lee

**Deputy Director of the United States Patent and Trademark Office**

**Int. Cl.: 25**

**Prior U.S. Cls.: 22 and 39**

**Reg. No. 3,605,968**

**United States Patent and Trademark Office** **Registered Apr. 14, 2009**

# TRADEMARK
## PRINCIPAL REGISTER



CHROME HEARTS LLC (DELAWARE LIMITED LIABILITY COMPANY)
915 N. MANSFIELD
HOLLYWOOD, CA 90038

FOR: MEN'S AND WOMEN'S CLOTHING, NAMELY, PANTS, JEANS AND CHAPS, IN CLASS 25 (U.S. CLS. 22 AND 39).

FIRST USE 11-1-1999; IN COMMERCE 11-1-1999.

OWNER OF U.S. REG. NO. 2,644,724.

THE MARK CONSISTS OF A STYLIZED DESIGN APPLIED TO THE BACK AND FRONT POCKET PORTION OF GOODS AS SHOWN BY THE BROKEN LINES WHICH REPRESENT THE STITCHING. THE SOLID LINE REPRESENTS THE SHAPE OF THE POCKET BUT SERVES ONLY TO SHOW THE POSITION OF THE MARK ON THE GOODS AND IS NOT CLAIMED AS A PART OF THE MARK.

SEC. 2(F).

SER. NO. 77-567,630, FILED 9-11-2008.

JENNIFER MARTIN, EXAMINING ATTORNEY

**Int. Cl.: 18**

**Prior U.S. Cls.: 1, 2, 3, 22 and 41**

**Reg. No. 3,637,806**

**United States Patent and Trademark Office**

**Registered June 16, 2009**

## TRADEMARK
### PRINCIPAL REGISTER



CHROME HEARTS LLC (DELAWARE LIMITED LIABILITY COMPANY)
915 N. MANSFIELD
HOLLYWOOD, CA 90038

FOR: BAGS, NAMELY, HANDBAGS, SHOULDER BAGS, BACK PACKS, MESSENGER BAGS, CLUTCHES, WALLETS AND LUGGAGE, IN CLASS 18 (U.S. CLS. 1, 2, 3, 22 AND 41).

FIRST USE 1-5-1989; IN COMMERCE 1-5-1989.

OWNER OF U.S. REG. NO. 2,194,698.

THE MARK CONSISTS OF A SINGLE LINE FLEUR-DE-LIS.

SER. NO. 77-471,818, FILED 5-12-2008.

WENDY GOODMAN, EXAMINING ATTORNEY

# United States of America

## United States Patent and Trademark Office



**Reg. No. 3,873,570**

**Registered Nov. 9, 2010**

**Int. Cl.: 26**

**TRADEMARK**

**PRINCIPAL REGISTER**

CHROME HEARTS LLC (DELAWARE LIMITED LIABILITY COMPANY)
915 N. MANSFIELD
HOLLYWOOD, CA 90038

FOR: BELT BUCKLES FOR CLOTHING, IN CLASS 26 (U.S. CLS. 37, 39, 40, 42 AND 50).

FIRST USE 1-3-1989; IN COMMERCE 1-3-1989.

THE MARK CONSISTS OF A SINGLE LINE FLEUR-DE-LIS DESIGN.

SER. NO. 85-017,331, FILED 4-19-2010.

KELLY CHOE, EXAMINING ATTORNEY

David J. Kappos

Director of the United States Patent and Trademark Office

# United States of America

## United States Patent and Trademark Office



**Reg. No. 3,873,571**

**Registered Nov. 9, 2010**

**Int. Cl.: 25**

**TRADEMARK**

**PRINCIPAL REGISTER**

CHROME HEARTS LLC (DELAWARE LIMITED LIABILITY COMPANY)
915 N. MANSFIELD
HOLLYWOOD, CA 90038

FOR: CLOTHING, NAMELY, TEE SHIRTS, SHIRTS, TANK TOPS, SWEATERS, SWEAT SHIRTS, VESTS, JACKETS, COATS, PANTS, JEANS AND HATS, IN CLASS 25 (U.S. CLS. 22 AND 39).

FIRST USE 1-3-1989; IN COMMERCE 1-3-1989.

THE MARK CONSISTS OF A SINGLE LINE FLEUR-DE-LIS DESIGN.

SER. NO. 85-017,340, FILED 4-19-2010.

KELLY CHOE, EXAMINING ATTORNEY

UNITED STATES PATENT AND TRADEMARK OFFICE
DEPARTMENT OF COMMERCE

David J. Kappos

Director of the United States Patent and Trademark Office

# United States of America

## United States Patent and Trademark Office



**Reg. No. 4,497,539**
**Registered Mar. 18, 2014**

CHROME HEARTS LLC (DELAWARE LIMITED LIABILITY COMPANY)
915 N. MANSFIELD
HOLLYWOOD, CA 90038

**Int. Cl.: 9**

FOR: EYEWEAR, NAMELY, SUNGLASSES, EYEGLASSES AND THEIR CASES, IN CLASS 9 (U.S. CLS. 21, 23, 26, 36 AND 38).

**TRADEMARK**

**PRINCIPAL REGISTER**

FIRST USE 12-1-2008; IN COMMERCE 12-1-2008.

OWNER OF U.S. REG. NOS. 3,637,793, 3,873,570 AND OTHERS.

THE MARK CONSISTS OF A SINGLE LINE FLEUR-DE-LIS.

SER. NO. 86-025,484, FILED 7-31-2013.

GIANCARLO CASTRO, EXAMINING ATTORNEY

Michelle K. Lee

**Deputy Director of the United States Patent and Trademark Office**

**Int. Cl.: 25**

**Prior U.S. Cls.: 22 and 39**

**Reg. No. 3,388,913**
**Registered Feb. 26, 2008**

**United States Patent and Trademark Office**

# TRADEMARK
## PRINCIPAL REGISTER



CHROME HEARTS LLC (DELAWARE LTD LIAB CO)
915 N. MANSFIELD
HOLLYWOOD, CA 90038

FOR: CLOTHING, NAMELY, TEE SHIRTS, SHIRTS, TANK TOPS AND SWEATSHIRTS, IN CLASS 25 (U.S. CLS. 22 AND 39).

FIRST USE 1-3-1990; IN COMMERCE 1-3-1990.

SER. NO. 78-826,226, FILED 3-1-2006.

KELLY CHOE, EXAMINING ATTORNEY

# United States of America

## United States Patent and Trademark Office



**Reg. No. 4,439,515**

**Registered Nov. 26, 2013**

**Int. Cl.: 14**

**TRADEMARK**

**PRINCIPAL REGISTER**

CHROME HEARTS LLC (DELAWARE LIMITED LIABILITY COMPANY)
915 N. MANSFIELD
HOLLYWOOD, CA 90038

FOR: JEWELRY, NAMELY, RINGS, EARRINGS, BRACELETS, NECKLACES, PENDANTS, CUFF LINKS, CUFF BRACELETS, KEY RINGS MADE OF PRECIOUS METALS AND WATCH BRACELETS, IN CLASS 14 (U.S. CLS. 2, 27, 28 AND 50).

FIRST USE 10-2-1988; IN COMMERCE 9-1-1989.

OWNER OF U.S. REG. NOS. 2,407,915, 3,784,785, AND 3,784,786.

THE MARK CONSISTS OF THE DESIGN OF A HEART WITH FANCIFUL ARTWORK ON ONE SIDE OF IT.

SER. NO. 85-894,056, FILED 4-3-2013.

YAT SYE, LEE, EXAMINING ATTORNEY

UNITED STATES PATENT AND TRADEMARK OFFICE
DEPARTMENT OF COMMERCE

Deborah S. Cohn

Commissioner for Trademarks of the
United States Patent and Trademark Office

# United States of America

## United States Patent and Trademark Office



**Reg. No. 4,501,509**

**Registered Mar. 25, 2014**

**Int. Cl.: 25**

**TRADEMARK**

**PRINCIPAL REGISTER**

CHROME HEARTS LLC (DELAWARE LIMITED LIABILITY COMPANY)
915 N. MANSFIELD
HOLLYWOOD, CA 90038

FOR: CLOTHING, NAMELY, TEE SHIRTS, SHIRTS, TANK TOPS, SWEAT SHIRTS, VESTS, SWEATERS, SWEAT PANTS, JEANS, LEATHER PANTS, CHAPS, SKIRTS, DRESSES, JACKETS, COATS, SWIMWEAR, HATS, UNDERGARMENTS AND FOOTWEAR, IN CLASS 25 (U.S. CLS. 22 AND 39).

FIRST USE 1-3-1989; IN COMMERCE 1-3-1989.

OWNER OF U.S. REG. NOS. 2,407,915, 2,465,188, AND 3,784,785.

THE MARK CONSISTS OF THE DESIGN OF A HEART WITH STYLIZATION STARTING ON THE TOP RIGHT HAND SIDE OF THE HEART WHICH GOES THROUGH THE HEART AND ENDS AT THE LEFT SIDE OF THE HEART.

SER. NO. 86-037,070, FILED 8-13-2013.

BRIN ANDERSON, EXAMINING ATTORNEY

Michelle K. Lee

**Deputy Director of the United States Patent and Trademark Office**

# United States of America

## United States Patent and Trademark Office



**Reg. No. 4,494,842**

**Registered Mar. 11, 2014**

**Int. Cl.: 14**

**TRADEMARK**

**PRINCIPAL REGISTER**

CHROME HEARTS LLC (DELAWARE LIMITED LIABILITY COMPANY)
915 N. MANSFIELD
HOLLYWOOD, CA 90038

FOR: JEWELRY, NAMELY, RINGS, EARRINGS, NECKLACES, BRACELETS, CUFF BRACELETS, BROOCHES, PENDANTS, CUFF LINKS, KEY RINGS MADE OF PRECIOUS METALS, TIE FASTENERS AND WATCH BRACELETS, IN CLASS 14 (U.S. CLS. 2, 27, 28 AND 50).

FIRST USE 1-2-1990; IN COMMERCE 1-2-1990.

OWNER OF U.S. REG. NO. 3,784,783.

THE MARK CONSISTS OF A FIVE POINT STAR WITH A FANCIFUL ARTWORK INSIDE OF THE STAR.

SER. NO. 86-026,730, FILED 8-1-2013.

BRIN ANDERSON, EXAMINING ATTORNEY

Michelle K. Lee

**Deputy Director of the United States Patent and Trademark Office**

# United States of America

## United States Patent and Trademark Office

**Reg. No. 4,494,843**

**Registered Mar. 11, 2014**

**Int. Cl.: 25**

**TRADEMARK**

**PRINCIPAL REGISTER**

CHROME HEARTS LLC (DELAWARE LIMITED LIABILITY COMPANY)
915 N. MANSFIELD
HOLLYWOOD, CA 90038

FOR: CLOTHING, NAMELY, SHIRTS, TEE SHIRTS, TANK TOPS, SWEATERS, SWEAT SHIRTS, SWEAT PANTS, DRESSES, SKIRTS, JACKETS, COATS, JEANS, VESTS, LEATHER PANTS, CHAPS, SWIMWEAR, UNDERWEAR, HATS AND FOOTWEAR, IN CLASS 25 (U.S. CLS. 22 AND 39).

FIRST USE 1-2-1989; IN COMMERCE 1-2-1989.

OWNER OF U.S. REG. NO. 3,784,783.

THE MARK CONSISTS OF A FIVE POINT STAR WITH A FANCIFUL ARTWORK INSIDE OF THE STAR.

SER. NO. 86-026,741, FILED 8-1-2013.

BRIN ANDERSON, EXAMINING ATTORNEY

Michelle K. Lee

**Deputy Director of the United States Patent and Trademark Office**