IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

CHROME HEARTS LLC,

Plaintiff,

v.

A2WK5T2J6L5D3Z, et al.,

Defendants.

Case No. 26-cv-07163

**Judge Mary M. Rowland**

**Magistrate Judge Beth W. Jantz**

## DECLARATION OF LIJIA CHEN

I, Lijia Chen, declare and state as follows:

1. This declaration is based upon my personal knowledge of the facts stated herein or on business records that were made at the time or in the regular course of business. If called as a witness, I could and would testify to the statements made herein:

2. I am a trademark attorney at the law office Beijing NTD Law Office, located in Beijing, China. I graduated from Renmin University of China with an LLM degree in 2013, and from Southwest University of Political Science and Law with a Bachelor of Laws in 2010. I have extensive experience in counseling clients on a full range of trademark and copyright law issues, including anti-counterfeiting matters, advising on unfair competition, trade secret, advertising, social media, and e-commerce law, litigating intellectual property cases, and conducting litigation related due diligence and investigations. I reside in Beijing, China, and I am fluent in both Chinese and English.

3. Counsel for Plaintiff Chrome Hearts LLC ("Plaintiff") engaged my law firm to investigate the addresses provided for the Defendants identified on Schedule A in this case. The

information provided for each of the Defendants generally includes a Seller Alias, an address, and a business name.

4. The purpose of our investigation was to determine whether there is an indication that the Defendant is available for service at that address.

5. Our investigation consisted of completing searches using the Defendants' provided Seller Alias, address, and business name (if available) through a variety of search engines and platforms as further described below.

6. Our first step was to search the provided addresses. I, or someone under my direction, searched each Defendants' provided address in Baidu Maps. Baidu Maps is a comprehensive mapping service developed by Baidu, China's largest search engine. Baidu Maps is one of China's most widely used mapping services and was developed specifically for the Chinese market.

7. Our next step was to determine whether there was an indication that Defendant is available for service at the address provided.

8. This process included reviewing whether the Baidu Maps search results listed Defendants' Seller Aliases or business entities as associated with that address. Then, I, or somebody under my direction, would search each of the Defendants' Seller Aliases and business entity names (if available) on Qichacha. Qichacha is one of China's most prominent business intelligence and corporate registry platforms. It acts as a commercial aggregator of Chinese public corporate data, and provides deep background checks, relationship mapping, and credit reporting for hundreds of millions of entities. It uses publicly available government data, graph database technology, company backgrounds, actual controllers, and real-time monitoring of changes in companies. Qichacha also provides basic company registration

information as well as in-depth content such as shareholder structure, operating conditions, intellectual property rights, and legal cases about registered Chinese business.

9.  The results and findings from our investigation are attached hereto as **Exhibit 1**.

10. Based on our investigation, there was no information indicating that the Defendants are available at their provided addresses. **Exhibit 1**.

I declare under penalty of perjury under the laws of the United States of America that the foregoing is true and correct.

Executed on this 24th day of July 2026 in Beijing, China.


_Lijia Chen_
Lijia Chen