# Exhibit 1

| No. | Seller Alias | StoreURL | Address | Possible associate Chinese Business Name/Address through Qichacha | Investigation Results |
|---|---|---|---|---|---|
| 1 | A2WK5T2J6L5D3Z | amazon.com/sp?seller=A2WK5T2J6L5D3Z | Business Name: foshanshichanchengquyuhanlexuanmaoyihang ;<br>Business Address:<br>鹿城区<br>温金路820号<br>温州市<br>浙江<br>325000<br>CN | | There is nothing showing Defendant is at the provided address. |
| 2 | CC LIKE | amazon.com/sp?seller=A317LWL5LO53MM | Business Name: shishishiqihengmaidianzishangwuyouxiangongsi<br>Business Address:<br>宝岛路595号<br>202室<br>石狮市<br>福建省<br>362799<br>CN | 石狮拾七恒迈电子商务有限公司<br>福建省石狮市宝岛路595号202室 | There is nothing showing Defendant is at the provided address and the Chinese address we've found. |
| 4 | DXHRY | amazon.com/sp?seller=A3C38ETESDS7UC | 长征街道慕山北路和平小区东门底商2-1<br>忻府区<br>忻州市<br>山西省<br>034000<br>CN | | There is nothing showing Defendant is at the provided address. |
| 6 | Guozigang | amazon.com/sp?seller=AVM2G2RT8ANOM | Business Name: Ezhoushilesuyulechuanmeiyouxiangongsi<br>Business Address:<br>葛店经济技术开发区邓平村316国道南侧浩瀚小区<br>4号楼1-2层3号铺（自主申报）<br>鄂州市<br>湖北省<br>436000<br>CN | 鄂州市乐速娱乐传媒有限公司<br>湖北省鄂州市葛店经济技术开发区邓平村316国道南侧浩瀚小区4号楼1-2层3号铺(自主申报) | There is nothing showing Defendant is at the provided address and the Chinese address we've found. |

| No. | Seller Alias | StoreURL | Address | Possible associate Chinese Business Name/Address through Qichacha | Investigation Results |
|---|---|---|---|---|---|
| 9 | jiangwangdian | amazon.com/sp?seller=A1CI11TZAZGX41 | 利辛县城关镇<br>创业路21号1栋5楼<br>亳州市<br>安徽<br>236700<br>CN | | There is nothing showing Defendant is at the provided address. |
| 10 | jiaxiangxiaopu | amazon.com/sp?seller=A2LFBU0GAXNI9R | Business Name: Beijingqibaiyangshangmao Co., Ltd<br>Business Address:<br>风谷四路8号院19号楼H座125室（中关村延庆园）<br>八达岭开发区<br>北京市<br>延庆区<br>102100<br>CN | 北京奇佰阳商贸有限公司<br>北京市延庆区八达岭开发区风谷四路8号院19号楼H座125室(中关村延庆园) | There is nothing showing Defendant is at the provided address and the Chinese address we've found. |
| 11 | JYLYLSM | amazon.com/sp?seller=A2E5YURYMXZQVM | 代县<br>二环路鑫海苑小区底商3号<br>忻州市<br>山西省<br>034000<br>CN | | There is nothing showing Defendant is at the provided address. |
| 13 | LiZiCong | amazon.com/sp?seller=A3MN863SD5FKGF | Business Name: guizhoujingyishangmaoyouxiangongsi<br>Business Address:<br>州兴义市<br>顶效街道大龙潭安置区D区104号<br>黔西南布依族苗族自治州<br>贵州<br>562400<br>CN | 贵州景薏商贸有限公司<br>贵州省黔西南布依族苗族自治州兴义市顶效街道大龙潭安置区D区104号 | There is nothing showing Defendant is at the provided address and the Chinese address we've found. |

| No. | Seller Alias | StoreURL | Address | Possible associate Chinese Business Name/Address through Qichacha | Investigation Results |
|---|---|---|---|---|---|
| 15 | OpalPress | amazon.com/sp?seller=A1ZCHK6EHJWQA4 | Business Name: Shanghai Zhanxue Enterprise Management Co., Ltd.<br>Business Address:<br>自由贸易试验区临港新片区<br>正博路1881号13幢1层<br>上海市<br>中国<br>201311<br>CN | 上海湛学企业管理有限公司<br>中国(上海)自由贸易试验区临港新片区正博路1881号13幢1层 | There is nothing showing Defendant is at the provided address and the Chinese address we've found. |
| 18 | SkyMart-P | amazon.com/sp?seller=A5WTR2A39G24F | Business Name: guangzhouyujiankejiyouxiangongsi<br>Business Address:<br>286号507房M06<br>天河区中山大道中<br>广州市<br>广东省<br>510000<br>CN | | There is nothing showing Defendant is at the provided address. |
| 19 | SMILEJOIN | amazon.com/sp?seller=A9B4LLHRM3GDL | Business Name:<br>shenzhenshixingmaijiedianzishangwuyouxiangongsi ;<br>Business Address:<br>福田区沙头街道天安社区深南大道<br>6027号大庆大厦三十一层3143G<br>深圳市<br>广东省<br>518000<br>CN | 深圳市星迈捷电子商务有限公司<br>深圳市福田区沙头街道天安社区深南大道6027号大庆大厦三十一层3143G | There is nothing showing Defendant is at the provided address and the Chinese address we've found. |
| 20 | Sunher | amazon.com/sp?seller=A2QXLIV43HWX50 | Business Name: Shenghe ;<br>Business Address:<br>棠景街机场路585号1102房之C2866室<br>棠景街机场路585号1102房之C2866室<br>广州市白云区<br>广东省<br>510440<br>CN | 盛禾(广州)电商有限公司<br>广州市白云区棠景街机场路585号1102房之C2866室 | There is nothing showing Defendant is at the provided address and the Chinese address we've found. |

| No. | Seller Alias | StoreURL | Address | Possible associate Chinese Business Name/Address through Qichacha | Investigation Results |
|---|---|---|---|---|---|
| 21 | vogue home | amazon.com/sp?seller=AU3CT33YYI5Y3 | Business Name: zhengzhouxinkeshangmaoyouxiangongsi<br>Business Address:<br>二七区<br>嵩山南路242号升龙城11号院4号楼1单元1607室<br>郑州市<br>河南<br>450015<br>CN | 郑州新克商贸有限公司<br>河南省郑州市二七区嵩山南路242号升龙城11号院4号楼1单元1607室 | There is nothing showing Defendant is at the provided address and the Chinese address we've found. |
| 25 | Novelty toys and jewelry | ebay.com/usr/tuomei | Business Name: Xiang Yang Tuomei shangmao youxian gongsi<br><br>Business Address: gaoxin jishu kaifaqu daligou lu 3 hao hanjiang chuangxin chanyeyuan 1zhuang 8ceng 2shi Xiang yang 湖北省 441003 China | 襄阳拓美商贸有限公司<br>湖北省襄阳高新技术开发区大李沟路3号汉江创新产业园1幢8层2室 | There is nothing showing Defendant is at the provided address and the Chinese address we've found. |
| 26 | aaaa_super_factory | instagram.com/aaaa_super_factory/?hl=en | 广西南宁, 南宁, 广西, 537423, C2 | | The address is incomplete and there is nothing showing Defendant is at the provided address. |
| 27 | angelawhite38654xo6 | instagram.com/angelawhite38654xo6/?hl=en | 梧塘镇漏头村, 涵江区, FUJIAN, 351119, C2 | | The address is incomplete and there is nothing showing Defendant is at the provided address. |

| No. | Seller Alias | StoreURL | Address | Possible associate Chinese Business Name/Address through Qichacha | Investigation Results |
|---|---|---|---|---|---|
| 28 | ashefactory_ | instagram.com/ashefactory_/?hl=en | Business Name:<br>南安市溪美街道玺信达贸易商行（个体工商户）<br><br>Address: 福建省南安市溪美街道大埔村新村15号, 南安市, 福建, 362000, C2 | 南安市溪美街道玺信达贸易商行(个体工商户)<br>福建省南安市溪美街道大埔村新村73号 | There is nothing showing Defendant is at the provided address and the Chinese address we've found. |
| 29 | bulukeqiao | instagram.com/bulukeqiao/?hl=en | 云田镇安家咀村张家沟社471号4 71, 陇西县, 甘肃, 610000, C2 | | There is nothing showing Defendant is at the provided address. |
| 30 | cdxlm42132476 | instagram.com/cdxlm42132476/?hl=en | 秀屿区埭头镇汀港村中房133号, 莆田市, 福建, 351166, C2 | | There is nothing showing Defendant is at the provided address. |
| 31 | chromehearts_kris123 | instagram.com/chromehearts_kris123/?hl=en | Name: 李龙<br><br>Address: 大魔方公寓, 成都, 四川, 610000, C2 | | The address is incomplete and there is nothing showing Defendant is at the provided address. |

| No. | Seller Alias | StoreURL | Address | Possible associate Chinese Business Name/Address through Qichacha | Investigation Results |
|---|---|---|---|---|---|
| 32 | corney_99 | instagram.com/corney_99/?hl=en | 回龙镇新坪村安山三组11号, 兴仁, 贵州, 562300, C2 | | There is nothing showing Defendant is at the provided address. |
| 33 | deepakdeepak82269 | instagram.com/deepakdeepak82269/?hl=en | Name: 海口龙华区赢丰甄选服装商行（个体工商户）<br><br>Address: 石井镇, 广州市, 广东, 510000, C2 | 海口龙华区赢丰甄选服装商行(个体工商户)<br>海南省海口市龙华区滨海街道贸大道6号瑞特广场85-44号 | There is nothing showing Defendant is at the provided address and the Chinese address we've found. |
| 34 | kikinator5 | instagram.com/kikinator5/ | 南宁市西乡塘区明秀东路145号明秀小区35栋2单元404号房, 南宁市, GUANGXI, 530000, C2 | | There is nothing showing Defendant is at the provided address. |
| 35 | kimi00594 | instagram.com/kimi00594/?hl=en | 仙游县盖尾镇芹林村芹菜陈119号, 莆田, 福建, 351200, C2 | | There is nothing showing Defendant is at the provided address. |

| No. | Seller Alias | StoreURL | Address | Possible associate Chinese Business Name/Address through Qichacha | Investigation Results |
|---|---|---|---|---|---|
| 36 | pkfactory_lcb | instagram.com/pkfactory_lcb/?hl=en | 涵江区水韵城1号楼2301, 莆田, 福建, 351111, C2 | | There is nothing showing Defendant is at the provided address. |
| 37 | sufeifei103 | instagram.com/sufeifei103/ | Name: 莆田城厢柏溪进电子商务有限公司 <br><br> Address: 秀屿区埭头镇翁厝村吴垞11号, 莆田市, 福建, 351100, C2 | 莆田城厢柏溪进电子商务有限公司 福建省莆田市城厢区龙桥街道东园西路1 033号3号楼201室 | There is nothing showing Defendant is at the provided address and the Chinese address we've found. |
| 38 | HMC Lumina | temu.com/mall.html?mall_id=634418228532650 | Name <br> HMC Lumina <br><br> Address <br><br> N/A <br><br> Country/Region <br> China | | The address is incomplete and there is nothing showing Defendant is at the provided address. |
| 39 | Sunny Style Case | temu.com/mall.html?mall_id=634418227029839 | Business Name: Dongguanshixingjieyigoumaoyi Co., Ltd. <br><br> Business Address: <br> Room 288, No. 10, Hongyuan Road, Nancheng Subdistrict (Cluster <br> Registration} <br> Nancheng District <br> 523617 <br> Guangdong Province, Dongguan city <br> China | 东莞市星捷易购贸易有限公司 广东省东莞市南城街道宏远路10号288室( 集群注册) | There is nothing showing Defendant is at the provided address and the Chinese address we've found. |

| No. | Seller Alias | StoreURL | Address | Possible associate Chinese Business Name/Address through Qichacha | Investigation Results |
|---|---|---|---|---|---|
| 40 | VOOGEGi | temu.com/mall.html?mall_id=634418228485251 | China | | The address is incomplete and there is nothing showing Defendant is at the provided address. |
| 41 | yanguclub | temu.com/mall.html?mall_id=634418228111098 | Business Name: Changshashiwangchengquguyanbaihuodian(getigongshanghu} Address: No. 710-0171. Building 7#, Zixin Office Building, No. 199 Wenyuan East Road, Gaotangling Subdistrict, Wangcheng District, Changsha City, Hunan Province Wangcheng District 410200 Hunan Province, Changsha City China | | There is nothing showing Defendant is at the provided address. |
| 42 | Gsadjds | tiktok.com/shop/store/gsadjds/7494312137731180081?source=product_detail&enter_method=product_info_right_shop&first_entrance_tt_scene=share | mainland china fujian quanzhou jinjiang 福建省晋江市迎宾路555号中航域天骏幢b单元3103室 | | There is nothing showing Defendant is at the provided address. |
| 43 | Halo Daily Shop | shop.tiktok.com/us/store/halo-daily-shop/7496304400291695070?source=product_detail&enter_method=product_info_right_shop&first_entrance_tt_scene=share | 中国大陆 福建省 泉州市 鲤城区 福建省泉州市鲤城区甲第巷72号8幢 | | There is nothing showing Defendant is at the provided address. |

| No. | Seller Alias | StoreURL | Address | Possible associate Chinese Business Name/Address through Qichacha | Investigation Results |
|---|---|---|---|---|---|
| 44 | Perform Pearls | shop.tiktok.com/us/store/perform-pearls/8654795376235024905?source=product_detail&enter_method=product_info_right_shop&first_entrance=product_detail&first_entrance_tt_scene=share | 中国大陆 湖北省 荆州市<br>湖北省荆州市经济技术开发区鱼农桥街道纺印路西子河畔办公楼1层4号f325 | | There is nothing showing Defendant is at the provided address. |
| 45 | Swift Cottons | tiktok.com/us/store/swift-cottons/8652615240475775872?source=product_detail&enter_method=product_info_right_shop&first_entrance_tt_scene=share | 中华人民共和国 安徽省 六安<br>安徽省六安市裕安区新安镇关塘小区8幢1807室 | | There is nothing showing Defendant is at the provided address. |
| 46 | chpant.com | chpant.com | | | The address is incomplete and there is nothing showing Defendant is at the provided address. |
| 47 | wearshining.com | wearshining.com | | | The address is incomplete and there is nothing showing Defendant is at the provided address. |

| No. | Seller Alias | StoreURL | Address | Possible associate Chinese Business Name/Address through Qichacha | Investigation Results |
|---|---|---|---|---|---|
| 48 | YsShoes | macc.qiqiyg.com/ | 秀屿区东峤镇渚林村水头坑150号, 莆田市, 福建, 351100, C2 | | There is nothing showing Defendant is at the provided address. |
| 49 | Brand in Same | a20210413081307468000 1451.szwego.com/weshop/store/_dmXqfbzE3MRuiAJpypJxps4CDymkMSy8pRzhFgw | 行政服务中心5C, 泉州, 福建, 362400, C2 | | The address is incomplete and there is nothing showing Defendant is at the provided address. |
| 50 | Decade of Luxury | a20230717003248843000 1094.wecatalog.cn/weshop/store/_dwQqfw2-T_anEULKL4_tTz8SFOkKfne40kW8sRQ | 秀屿区南日镇, 莆田, 福建, 351174, C2 | | The address is incomplete and there is nothing showing Defendant is at the provided address. |
| 51 | TK brand factory | tkbrand.cc/weshop/store/_Zugqf7f2fouU9AN9YSGOzfsvtL_47ZPw | 衡阳县洪市镇余田村新屋组635号, 衡阳市, 湖南, 421200, C2 | | There is nothing showing Defendant is at the provided address. |

| No. | Seller Alias | StoreURL | Address | Possible associate Chinese Business Name/Address through Qichacha | Investigation Results |
|---|---|---|---|---|---|
| 52 | afd25689 | afd25689.x.yupoo.com/albums | 福建省莆田市涵江区江口镇大东村东山104号, 莆田市, 福建, 351115, C2 | | There is nothing showing Defendant is at the provided address. |
| 53 | jmshop88 | jmshop88.x.yupoo.com/albums | 北岸经济开发区山亭镇碧桂园145幢, 莆田, 福建, 351152, C2 | | There is nothing showing Defendant is at the provided address. |
| 54 | vivianeshop | vivianeshop.x.yupoo.com/albums | 城厢区东圳西路, 莆田, 福建, 351100, C2 | | The address is incomplete and there is nothing showing Defendant is at the provided address. |