**UNITED STATES DISTRICT COURT**
**FOR THE Northern District of Illinois − CM/ECF NextGen 1.9 (rev. 1.9)**
**Eastern Division**

Chrome Hearts LLC

Plaintiff,

v.

Case No.: 1:26−cv−07163
Honorable Mary M. Rowland

The Partnerships and Unincorporated Associations Identified on Schedule A, et al.

Defendant.

**NOTIFICATION OF DOCKET ENTRY**

This docket entry was made by the Clerk on Tuesday, August 18, 2026:

MINUTE entry before the Honorable Mary M. Rowland: Having reviewed Plaintiff's motion for electronic service [38], the Court is not persuaded that Plaintiff has exercised reasonable diligence in attempting to ascertain and verify the mailing addresses for the Chinese defendants it wishes to serve electronically. Although Plaintiff identified certain candidate addresses based on online research, Plaintiff never took the straightforward step of simply asking the Chinese defendants directly for their physical addresses. Plaintiff acknowledges that it has the email addresses associated with the Chinese defendants. It would appear reasonable, therefore, to contact those email addresses to inquire whether an exact physical address can be obtained. Moreover, the Court is not convinced that Plaintiff's online research was sufficient. Plaintiff's investigation amounted to plugging in a candidate address into Baidu Maps and observing if the search results listed the corresponding Defendant's Seller Alias or business entity name. But this method assumes that each Defendant listed its seller / business name on Baidu Maps. Plaintiff has not established this predicate fact. Absent this, Plaintiff has not demonstrated any reasonably diligent efforts in investigating those candidate addressesby sending a test mailing or an on−foot investigator, for exampleto determine whether any correspond to the Defendant's actual physical address. The motion [38] is therefore denied without prejudice to refile. While the Court understands that Plaintiff also seeks email service on certain Defendants who reside in countries that have not objected to Article 10(a) of Hague Convention, for judicial economy, the Court will reserve ruling on those Defendants until after it receives Plaintiff's refiled motion. Mailed notice. (jg, )

**ATTENTION:** This notice is being sent pursuant to Rule 77(d) of the Federal Rules of Civil Procedure or Rule 49(c) of the Federal Rules of Criminal Procedure. It was generated by CM/ECF, the automated docketing system used to maintain the civil and

criminal dockets of this District. If a minute order or other document is enclosed, please refer to it for additional information.

For scheduled events, motion practices, recent opinions and other information, visit our web site at ***www.ilnd.uscourts.gov***.